# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PEGASUS WIRELESS INNOVATION LLC | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:23-cv-00640-JRG (Lead Case) |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS *et al.,* | § § § § | |
| *Defendants,* | § § | |
| ERICSSON INC., | § § | |
| *Intervenor.* | § § | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS *et al.,* | § § § § | |
| *Counterclaim-Plaintiff,* | § § | |
| ERICSSON INC., | § § | CASE NO. 2:23-cv-00640-JRG (Lead Case) |
| *Intervenor,* | § § | |
| v. | § § | |
| PEGASUS WIRELESS INNOVATION LLC and KT CORPORATION, | § § § § | |
| *Counterclaim-Defendants.* | § § | |
| PEGASUS WIRELESS INNOVATION LLC | § § § § | |
| *Plaintiff,* | § § | CASE NO. 2:23-cv-00638-JRG (Member Case) |
| v. | § § | |
| AT&T CORP. *et al.,* | § § § | |
| *Defendants,* | § § | |
| ERICSSON INC., | § § | |
| *Intervenor.* | § | |

| | | |
|---|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, <br><br> *Counterclaim-Plaintiff,* <br><br> ERICSSON INC., <br><br> *Intervenor,* <br><br> v. <br><br> PEGASUS WIRELESS INNOVATION LLC and KT CORPORATION, <br><br> *Counterclaim-Defendants.* | § § § § § § § § § § § § § § § | CASE NO. 2:23-cv-00638-JRG <br> (Member Case) |
| PEGASUS WIRELESS INNOVATION LLC <br><br> *Plaintiff,* <br><br> v. <br><br> T-MOBILE USA, INC. *et al.,* <br><br> *Defendants,* <br><br> ERICSSON INC., <br><br> *Intervenor.* | § § § § § § § § § § § § § § § | CASE NO. 2:23-cv-00639-JRG <br> (Member Case) |
| T-MOBILE USA, INC., <br><br> *Counterclaim-Plaintiff,* <br><br> ERICSSON INC., <br><br> *Intervenor,* <br><br> v. <br><br> PEGASUS WIRELESS INNOVATION LLC and KT CORPORATION, <br><br> *Counterclaim-Defendants.* | § § § § § § § § § § § § § § § | CASE NO. 2:23-cv-00639-JRG <br> (Member Case) |

**COUNTERCLAIM-DEFENDANT KT CORPORATION'S UNOPPOSED MOTION TO WITHDRAW ITS REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FROM NON-JURISDICTIONAL DISCOVERY**

Counterclaim-Defendant KT Corporation ("KT") moves to withdraw its reply (Dkt. 159) to Defendants' and Intervenors'[1] Opposition to KT's Motion for a protective order seeking relief from non-jurisdictional discovery. Defendants and Intervenors are unopposed.

Dated:  October 28, 2024

Respectfully submitted,

/s/  Blaine Larson
Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Alden Harris
Texas Bar No. 24083138
aharris@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*Counsel for Counterclaim Defendant KT Corporation*

---

[1] "Defendants" collectively include Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., and TracFone Wireless, Inc. ("Verizon"), AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC ("AT&T"), and T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC ("T-Mobile"); and "Intervenors" collectively includes Ericsson Inc. ("Ericsson") and Nokia of America Corp. ("Nokia").

1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on October 28, 2024.

*/s/ Blaine Larson*
Blaine Larson

## CERTIFICATE OF CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I hereby certify that on October 28, 2024, I conferred with counsel for defendants and intervenors regarding the foregoing motion. Counsel for defendants and intervenors are unopposed to the filing of this motion.

*/s/ Blaine Larson*
Blaine Larson