# Exhibit B

 

Page 1 (version 14)
IPR Declaration reference: ISLD-201812-009

ETSI Rules of Procedure, 18 April 2018

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION

**IPR HOLDER / ORGANISATION ("Declarant")**

Legal Name:   KT Corporation

**CONTACT DETAILS FOR LICENSING INFORMATION:**

| | | | |
|---|---|---|---|
| Name and Title: | Dr. Chanho Min , Senior Manager | | |
| Department: | IPR Dept. | | |
| Address: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea | | |
| Telephone: | 82-10-9530-4765 | Fax: | 82-303-0990-3806 |
| Email: | chanho.min@kt.com | URL: | |

**IPR INFORMATION STATEMENT**

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex*.

The Declarant and/or its AFFILIATES *(check one box only)*:

☑ are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

☐ are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

**IPR LICENSING DECLARATION**

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable)*:

☑ To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are (1) prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy; and (2) will comply with Clause 6.1 bis of the ETSI IPR Policy.

☑ This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate *(check box if applicable)*:

☐ The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France. Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

**SIGNATURE**

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

| | |
|---|---|
| Name of authorized person: | Dr. Chanho Min |
| Title of authorized person: | Senior Manager |
| Place, Date: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea, 19/12/2018 |

*[signature]*

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16



ETSI Rules of Procedure, 18 April 2018

## IPR Information Statement Annex

| Disclosure Number | Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | Proprietor | Application No. | Publication No. | Patent/Application Title | Country of registration | Application No. | Publication No. | Country of registration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | TS 136 213<br>TS 36.213 | | 13.2.0<br>13.2.0 | ???? ??? | KR20140007262 | KR20150034584 A | Methods for Transmitting and Receiving Downlink Control Information, and Apparatuses Thereof | KOREA (REPUBLIC OF) | | | |
| 2 | | TS 136 211<br>TS 36.211 | | 13.2.0<br>13.2.0 | KT CORP [KR] | KR20160027594 | KR20160136219 A | METHODS FOR TRANMITTING ANT RECEIVING SYSTEM INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| 3 | | TS 136 211<br>TS 136 331<br>TS 136 213<br>TS 36.331<br>TS 36.211<br>TS 36.213 | | 13.0.0<br>13.0.0<br>13.0.0<br>13.0.0<br>13.0.0<br>13.0.1 | ???? ??? | KR20150098130 | KR101901210 B1 | WIRELESS COMMUNICATION SYSTEM METHOD FOR TRANSMITTING INFORMATION WITH USER EQUIPMENT METHOD FOR RECEIVING INFORMATION WITH BASE STATION USER EQUIPMENT AND BASE STATION THEREOF | KOREA (REPUBLIC OF) | | | |
| 4 | | TS 136 213<br>TS 36.213 | | 13.1.1<br>13.1.1 | ???? ??? | KR20160098858 | KR101896766 B1 | Methods for transmitting and receiving downlink control information and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 5 | | TS 136 213<br>TS 36.213 | | 13.1.1<br>13.1.1 | ???? ??? | KR20160027603 | KR101868220 B1 | METHODS FOR DETERMINING MODULATION ORDER AND TRANSPORT BLOCK SIZE IN A PHYSICAL DOWNLINK SHARED CHANNEL AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| 6 | | TS 136 211<br>TS 136 321<br>TS 36.211<br>TS 36.321 | | 13.2.0<br>13.2.0<br>13.2.0<br>13.2.0 | ???? ??? | KR20160027589 | KR101884978 B1 | / METHODS FOR TRNASMITTING/RECEIVING SYSTEM INFORMATION REPEATEDLY AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| 7 | | TS 136 213<br>TS 36.213 | | 13.2.0<br>13.2.0 | ???? ??? | KR20160117138 | KR101910245 B1 | NB-IoT Methods for transmitting and receiving uplink signals for NarrowBand-IoT UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 8 | | TS 136 213<br>TS 36.213 | | 13.2.0<br>13.2.0 | ???? ??? | KR20160123368 | KR101888251 B1 | NB-IoT Methods for configuring the resource units for transmitting uplink signals of a NarrowBand IoT UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 9 | | TS 136 213<br>TS 36.213 | | 13.2.0<br>13.2.0 | KT CORP [KR] | KR20160128810 | KR20170107878 A | NB-IoT Methods for transmitting uplink data of a NarrowBand IoT UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |



| # | | Standard | | Version | Owner | Application # | Publication # | Title | Country | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | TS 36.211<br>TS 36.213 | | 15.1.0<br>15.1.0 | KT CORP [KR] | KR20170022956 | KR20170107372 A | Short TTI METHODS OF FRAME STRUCTURE CONFIGURATION AND INFORMATION TRANSMISSION FOR SHORT TTI AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| 11 | | TS 36.211<br>TS 36.212 | | 15.0.0<br>15.0.1 | KT CORP [KR] | KR20170022964 | KR20170114243 A | METHODS OF UPLINK DATA CHANNEL CONFIGURATION BY A SHARED DEMODULATION REFERENCE SIGNAL AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| 12 | | TS 36.212<br>TS 36.213 | | 14.0.0<br>14.0.0 | KT CORP [KR] | KR20160171232 | KR20170123220 A | Methods for transmitting and receiving a uplink data and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 13 | | TS 36.211 | | 15.0.0 | KT CORP [KR] | KR20170056206 | KR20170126100 A | METHOD AND APPARATUS FOR TRANSMITTING UPLINK CHANNEL IN A SHORT TTI FRAME STRUCTURE | KOREA (REPUBLIC OF) | | | |
| 14 | | TS 36.213 | | 15.0.0 | KT CORP [KR] | KR20170056011 | KR20170128757 A | METHOD AND APPARATUS FOR DETECTING DOWNLINK CONTROL INFORMATION IN A SHORT TTI FRAME STRUCTURE | KOREA (REPUBLIC OF) | | | |
| 15 | | TS 38.213 | | | KT CORP [KR] | KR20170087597 | KR20180009037 A | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING SYNCHRONIZATION SIGNAL AND SYSTEM INFORMATION FOR USER EQUIPMENT IN NEW RADIO ACCESS NETWORK | KOREA (REPUBLIC OF) | | | |
| 16 | | TS 136 211<br>TS 36.211 | | 14.2.0<br>14.2.0 | KT CORP [KR] | KR20170065822 | KR20180018986 A | METHODS FOR CONFIGURING RADIO RESOURCES IN A WIRELESS COMMUNICATION SYSTEM AND APPARATUSES | KOREA (REPUBLIC OF) | | | |
| 17 | | TS 136 211<br>TS 136 212<br>TS 36.211<br>TS 36.212 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170065832 | KR20180018987 A | METHODS FOR ALLOCATING DATA CHANNEL RESOURCES IN A WIRELESS COMMUNICATION SYSTEM AND APPARATUSES | KOREA (REPUBLIC OF) | | | |
| 18 | | TS 136 331<br>TS 136 213<br>TS 36.213<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | ???? ??? | KR20170073684 | KR101895170 B1 | APPARATUS AND METHOD FOR MULTICAST | KOREA (REPUBLIC OF) | | | |
| 19 | | TS 136 331<br>TS 136 213<br>TS 36.213<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170080599 | KR20180018990 A | NB-IoT METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING MULTICASTING DATA CHANNEL FOR NB-IoT USER EQUIPMENT | KOREA (REPUBLIC OF) | | | |



| # | | Standard | | Version | Owner | Application No. | Publication No. | Title | Country | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | TS 136 331<br>TS 136 213<br>TS 36.213<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170080610 | KR20180018991 A | BL/CE METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING MULTICASTING DATA CHANNEL FOR BL/CE USER EQUIPMENT | KOREA (REPUBLIC OF) | | | |
| 21 | | TS 136 331<br>TS 136 213<br>TS 36.213<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170081319 | KR20180018992 A | NB-IoT METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING MULTICASTING CONTROL CHANNEL FOR NB-IoT USER EQUIPMENT | KOREA (REPUBLIC OF) | | | |
| 22 | | TS 136 331<br>TS 136 213<br>TS 36.213<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170081324 | KR20180018993 A | BL/CE METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING MULTICASTING CONTROL CHANNEL FOR BL/CE USER EQUIPMENT | KOREA (REPUBLIC OF) | | | |
| 23 | | TS 38.212<br>TS 38.213 | | | KT CORP [KR] | KR20170059543 | KR20180026322 A | METHODS FOR TRANSMITTING AND RECEIVING DATA IN A NRNew Radio RADIO ACCESS NETWORK AND APPARATUSES | KOREA (REPUBLIC OF) | | | |
| 24 | | TS 36.213<br>TS 36.331 | | 15.0.0<br>15.0.1 | KT CORP [KR] | KR20170098820 | KR20180029192 A | METHODS FOR TRANSMITTING AND RECEIVING UPLINK CONTROL CHANNEL IN A SHORT TTI FRAME STRUCTURE AND APPARATUSES | KOREA (REPUBLIC OF) | | | |
| 25 | | TS 38.211 | | | KT CORP [KR] | KR20170118880 | KR20180033442 A | APPARATUS AND METHOD FOR CONFIGURING AND DETECTING A LENGTH OF A CYCLIC PREFIX IN A CELL SUPPORTING A PLURALITY OF SUBCARRIER SPACING | KOREA (REPUBLIC OF) | | | |
| 26 | | TS 36.213 | | 15.0.0 | KT CORP [KR] | KR20170118923 | KR20180033444 A | Methods for transmitting channel state information in a short TTI frame structure and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 27 | | TS 136 213<br>TS 136 212<br>TS 36.212<br>TS 36.213 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170080594 | KR20180036909 A | METHODS FOR TRANSMITTING AND RECEIVING PUSCH FOR COVERAGE ENHANCEMENT AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| 28 | | TS 38.211<br>TS 38.213<br>TS 38.331 | | 15.0.0 | KT CORP [KR] | KR20170124195 | KR20180036565 A | METHOD AND APPARATUS FOR CONFIGURING SYNCHRONIZATION SIGNAL FOR NEW RADIO ACCESS TECHNOLOGY | KOREA (REPUBLIC OF) | | | |



Page 5 (version 14)
IPR Declaration reference: ISLD-201812-009

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | TS 38.211<br>TS 38.214 | | | KT CORP [KR] | KR20170124261 | KR20180038978<br>A | METHOD AND APPARATUS FOR TRANSMITTING REFERENCE SIGNAL FOR FREQUENCY OFFSET ESTIMATION IN NEW RADIO COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | | |
| 30 | | TS 38.213 | | | KT CORP [KR] | KR20170139598 | KR20180046372<br>A | Method for scheduling PUCCH for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 31 | | TS 38.211<br>TS 38.214 | | | KT CORP [KR] | KR20170140898 | KR20180048354<br>A | Apparatus and Method of Resource Allocation for Data Channel in wireless networks | KOREA (REPUBLIC OF) | | |
| 32 | | TS 38.321 | 15.0.0 | | KT CORP [KR] | KR20170135198 | KR20180050214<br>A | Methods of Random Access Procedure based on multi-beam in wireless networks and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 33 | | TS 38.331 | 15.0.0 | | KT CORP [KR] | KR20170135215 | KR20180050215<br>A | MAethods of scheduling request based on multi-beam in wireless networks and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 34 | | TS 38.213 | | | KT CORP [KR] | KR20170150595 | KR20180055714<br>A | Methods for transmitting and receiving a downlink preemption indication for new radio networks and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 35 | | TS 38.213 | | | KT CORP [KR] | KR20170151983 | KR20180055724<br>A | Methods for transmitting and receiving a downlink signal for new radio access network and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 36 | | TS 38.213 | | | KT CORP [KR] | KR20170153125 | KR20180055746<br>A | Methods for transmitting and receiving a uplink control information for New radio network and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 37 | | TS 38.213<br>TS 38.214 | | | KT CORP [KR] | KR20170139885 | KR20180046373<br>A | Method for scheduling PDSCH and uplink signal for new radio and Appratuses thereof | KOREA (REPUBLIC OF) | | |
| 38 | | TS 38.213<br>TS 38.331 | 15.0.0 | | KT CORP [KR] | KR20180001157 | KR20180081463<br>A | Methods for transmitting and receiving downlink control channel for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 39 | | TS 36.211<br>TS 36.212 | 15.0.0<br>15.0.1 | | KT CORP [KR] | KR20180000118 | KR20180105053<br>A | Methods for transmitting and receiving downlink channel in s short TTI frame structure and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 40 | | TS 38.213 | | | KT CORP [KR] | KR20180014571 | KR20180106859<br>A | Methods for monitoring transmitting and receiving a downlink preemption indication for new radio networks and Apparatuses thereof | KOREA (REPUBLIC OF) | | |



| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | | TS 38.212<br>TS 38.213 | | | KT CORP [KR] | KR20180014576 | KR20180106860 A | Methods for transmitting and receiving a downlink preemption indication using bitmap for new radio networks and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 42 | | TS 38.212<br>TS 38.213 | | | KT CORP [KR] | KR20180018656 | KR20180106869 A | Methods for monitoring transmitting and receiving a downlink preemption indication for new radio networks and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 43 | | TS 38.213<br>TS 38.214 | | | KT CORP [KR] | KR20170139604 | KR20180108392 A | Method for scheduling PDSCH or PUSCH for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 44 | | TS 136 212<br>TS 136 211<br>TS 136 213<br>TS 36.211<br>TS 36.212<br>TS 36.213 | 15.3.0<br>15.3.0<br>15.3.0<br>15.3.0<br>15.3.0<br>15.3.0 | | KT CORP [KR] | KR20180020339 | KR20180108429 A | MTC Method for transmitting and receiving PUSCH for MTC UEs based on sub-PRB and Apparatus thereof | KOREA (REPUBLIC OF) | | |
| 45 | | TS 38.213 | | | KT CORP [KR] | KR20170177813 | KR20180110577 A | Methods for transmitting a data by configuring transport block and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 46 | | TS 138 331<br>TS 38.212<br>TS 38.331 | 15.2.0<br><br>15.2.0 | | KT CORP [KR] | KR20180034955 | KR20180115220 A | Methods for transmitting and receiving data channel for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 47 | | TS 138 473<br>TS 38.401<br>TS 38.473 | 15.3.0<br><br>15.3.0 | | KT CORP [KR] | KR20150099891 | KR20160135090 A | Methods for configuring wireless connection of user equipment and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 48 | | TS 136 331<br>TS 36.331 | 13.2.0<br>13.2.0 | | ???? ??? | KR20160058751 | KR101915840 B1 | Methods for changing system information and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 49 | | TS 136 321<br>TS 36.321 | 13.2.0<br>13.2.0 | | KT CORP [KR] | KR20160102774 | KR20170037505 A | MTC Methods for receiving Random access response for MTC UEs and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 50 | | TS 136 331<br>TS 136 423<br>TS 136 300<br>TS 36.300<br>TS 36.331<br>TS 36.423 | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | | KT CORP [KR] | KR20160119736 | KR20170036618 A | Methods for controlling mobility of UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 51 | | TS 136 300<br>TS 136 331<br>TS 136 361<br>TS 36.300<br>TS 36.331<br>TS 36.361 | 13.3.0<br>13.1.0<br>13.0.0<br>13.3.0<br>13.1.0<br>13.0.0 | | KT CORP [KR] | KR20160071849 | KR20170037492 A | WLAN Methods for transmitting and receiving data using WLAN carriers and Apparatuses thereof | KOREA (REPUBLIC OF) | | |



| # | | Standard | | Version | Applicant | Application # | Publication # | Title | Country | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | | TS 36.300<br>TS 36.331 | | 14.0.0<br>14.0.0 | ???? ??? | KR20160167023 | KR101882102 B1 | V2X Methods for mobility control of a UE communicating V2X and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 53 | | TS 136 331<br>TS 136 300<br>TS 36.300<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20160175028 | KR20170093693 A | Methods for controlling the Vehicle to everything communication and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 54 | | TS 136 323<br>TS 136 331<br>TS 136 300<br>TS 36.300<br>TS 36.323<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170029486 | KR20170114244 A | Methods for processing uplink data And Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 55 | | TS 136 331<br>TS 136 300<br>TS 36.300<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170036293 | KR20170114249 A | Methods for controlling handover and Apparatus thereof | KOREA (REPUBLIC OF) | | |
| 56 | | TS 138 300<br>TS 138 331<br>TS 38.300<br>TS 38.331 | | 15.2.0<br>15.3.0<br>15.2.0<br>15.3.0 | KT CORP [KR] | KR20170044062 | KR20170125292 A | Methods for changing connection status and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 57 | | TS 138 300<br>TS 138 331<br>TS 38.413<br>TS 38.423<br>TS 38.300<br>TS 38.331 | | 15.2.0<br>15.3.0<br><br><br>15.2.0<br>15.3.0 | KT CORP [KR] | KR20170053295 | KR20170125296 A | Methods for changing a connection state of a UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 58 | | TS 138 300<br>TS 138 331<br>TS 38.300<br>TS 38.331 | | 15.2.0<br>15.3.0<br>15.2.0<br>15.3.0 | KT CORP [KR] | KR20170045815 | KR20170125293 A | Methods for changing connection status of UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 59 | | TS 137 340<br>TS 138 331<br>TS 37.340<br>TS 38.331 | | 15.2.0<br>15.2.0<br>15.2.0<br>15.2.0 | KT CORP [KR] | KR20170057549 | KR20170128758 A | Methods for configuring dual connectivity of UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 60 | | TS 137 340<br>TS 138 323<br>TS 138 331<br>TS 37.340<br>TS 38.323<br>TS 38.331 | | 15.2.0<br>15.2.0<br>15.3.0<br>15.2.0<br>15.2.0<br>15.3.0 | KT CORP [KR] | KR20170082284 | KR20180004393 A | Methods for transmitting and receiving a data in Dual connectivity and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 61 | | TS 136 306<br>TS 136 331<br>TS 36.306<br>TS 36.331 | | 14.3.0<br>14.3.0<br>14.3.0<br>14.3.0 | KT CORP [KR] | KR20170091825 | KR20180011450 A | NB-IoT Methods for performing mobility processing of NB-IoT UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | |



| # | | Standard | | Version | Applicant | Application # | Publication # | Title | Country | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | TS 136 321<br>TS 36.321 | | 14.2.0<br>14.2.0 | KT CORP [KR] | KR20170071886 | KR20180018988 A | Methods for receiving multicast data and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 63 | | TS 136 331<br>TS 136 300<br>TS 36.300<br>TS 36.331 | | 14.2.0<br>14.2.0<br>14.2.0<br>14.2.0 | KT CORP [KR] | KR20170099395 | KR20180018997 A | Methods for receiving single cell multicast data and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 64 | | TS 138 300<br>TS 138 331<br>TS 38.300<br>TS 38.331 | | 15.2.0<br>15.3.0<br>15.2.0<br>15.3.0 | KT CORP [KR] | KR20170104068 | KR20180033437 A | Methods for changing a connection state of a UE and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 65 | | TS 123 501<br>TS 123 502<br>TS 138 300<br>TS 138 331<br>TS 38.423<br>TS 24.301<br>TS 23.502<br>TS 23.501<br>TS 38.300<br>TS 38.331 | | 15.2.0<br>15.2.0<br>15.2.0<br>15.3.0<br><br>15.0.0<br>15.2.0<br>15.2.0<br>15.2.0<br>15.3.0 | KT CORP [KR] | KR20170142205 | KR20180049796 A | Methods for processing a data based Network Slice and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 66 | | TS 38.300<br>TS 38.321<br>TS 38.323<br>TS 38.331 | | 15.0.0<br>15.0.0<br>15.0.0<br>15.0.0 | KT CORP [KR] | KR20170169910 | KR20180081446 A | Methods for controlling a data redundant transmission and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 67 | | TS 138 331<br>TS 22.261<br>TS 38.300<br>TS 38.331 | | 15.3.0<br>15.4.0<br>15.1.0<br>15.3.0 | KT CORP [KR] | KR20180009156 | KR20180090189 A | Methods for access control amd Appratuses thereof | KOREA (REPUBLIC OF) | | |
| 68 | | TS 138 300<br>TS 136 300<br>TS 138 331<br>TS 136 331<br>TS 36.300<br>TS 38.300<br>TS 36.331<br>TS 38.331 | | 15.2.0<br>15.2.0<br>15.3.0<br>15.3.0<br>15.2.0<br>15.2.0<br>15.3.0<br>15.3.0 | KT CORP [KR] | KR20180024393 | KR20180106880 A | Methods for receiving control messages redundantly and Apparatuses thereof | KOREA (REPUBLIC OF) | | |
| 69 | | TS 138 300<br>TS 136 300<br>TS 138 331<br>TS 136 331<br>TS 36.300<br>TS 38.300<br>TS 36.331<br>TS 38.331 | | 15.2.0<br>15.2.0<br>15.3.0<br>15.3.0<br>15.2.0<br>15.2.0<br>15.3.0<br>15.3.0 | KT CORP [KR] | KR20170137582 | KR20180108391 A | Methods for processing a radio link failure and Apparatuses thereof | KOREA (REPUBLIC OF) | | |



| # | | Standard | | Version | Company | Application # | Patent # | Title | Country | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | | TS 38.322 | | 15.0.0 | KT CORP [KR] | KR20180033007 | KR20180121348 A | RLC Methods for transmitting a RLC Layer Status Report and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 71 | | TS 38.300<br>TS 38.323 | | 15.0.0<br>15.0.0 | KT CORP [KR] | KR20180026611 | KR20180103717 A | Methods for transmitting a buffer status report and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 72 | | TS 38.300 | | 15.0.0 | KT CORP [KR] | KR20170029374 | KR20170106624 A | RADIO ACCESS NETWORK SLICING CONTROL APPARATUS AND METHOD FOR CONTROLLING RADIO BEARER TRANSMISSION THEREOF | KOREA (REPUBLIC OF) | | | |
| 73 | | TS 38.300 | | 15.0.0 | KT CORP [KR] | KR20170055128 | KR20170128095 A | METHODS FOR INTERWORKING BETWEEN HETEROGENEOUS RADIO ACCESS NETWORKS AND APPARATUSES | KOREA (REPUBLIC OF) | | | |
| 74 | | TS 38.401<br>TS 38.473 | | <br>15.0.0 | KT CORP [KR] | KR20160088331 | KR20180007706 A | Methods for configuring the central units using a fronthaul interface and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 75 | | TS 23.502 | | 15.0.0 | KT CORP [KR] | KR20180002947 | KR20180083262 A | Methods for controlling handover for inter-Network and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 76 | | TS 38.413<br>TS 38.300 | | <br>15.0.0 | KT CORP [KR] | KR20180002228 | KR20180101170 A | Methods for processing handover between base stations which support beamforming and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 77 | | TS 37.340<br>TS 38.331<br>TS 36.423 | | 15.0.0<br>15.0.0<br>15.0.0 | KT CORP [KR] | KR20180033250 | KR20180108493 A | Methods for controlling a mobility of UE for Inter-Network and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 78 | | TS 38.413 | | | KT CORP [KR] | KR20180000256 | KR20180121331 A | PDU Methods for managing PDU Session between base station and core network for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 79 | | TS 138 473<br>TS 38.401<br>TS 38.473 | | 15.2.0<br><br>15.2.0 | KT CORP [KR] | KR20180036753 | KR20180123428 A | Methods for transmitting and receiving signaling messages based on fronthaul interface and apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 80 | | TS 23.401 | | 12.4.0 | KT CORP [KR] | KR20120151329 | KR20140081502 A | SYSTEM AND METHOD FOR RRC STATE TRANSITION SIGNALING CONTROL BY BACKGROUND TRAFFIC | KOREA (REPUBLIC OF) | | | |
| 81 | | TS 22.289 | | | KT CORP [KR] | KR20180017186 | KR20180099474 A | Methods and Apparatuses for controlling train and lane And Train lane management system | KOREA (REPUBLIC OF) | | | |
| 82 | | TS 38.211<br>TS 38.212<br>TS 38.213<br>TS 38.214 | | | KT CORP [KR] | KR20160087324 | KR20170101752 A | METHODS FOR TRANSMITTING AND RECEIVING REFERENCE SIGNALS AND FEEDBACKS IN mmWAVE COMMUNICATION SYSTEMS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |



| 83 | | TS 38.211<br>TS 38.213<br>TS 38.214 | | | KT CORP [KR] | KR20170039337 | KR20170123577 A | METHODS FOR SIGNAL TRANSMISSION AND RECEPTION IN WIRELESS COMMUNICATION SYSTEMS WITH MULTIPLE BEAM MANAGEMENT MODES AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | |
| 84 | | TS 38.211<br>TS 38.212<br>TS 38.213<br>TS 38.214 | | | ???? ??? | KR20160077571 | KR101922250 B1 | METHOD ALLOCATING RESOURCES FOR SUBFRAME AND COMMUNICATION APPARATUS | KOREA (REPUBLIC OF) | | |
| 85 | | TS 38.401<br>TS 38.413<br>TS 38.300 | | 15.0.0 | KT CORP [KR] | KR20150107567 | KR20160111829 A | BASE STATION APPARATUS AND SIGNAL PROCESSING METHOD IN WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | | |

\* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).

Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:
ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16