# Exhibit C



REÇU -4 JAN. 2017

Page 1 (version 11)
IPR Declaration reference: ISLD-201612-028

ETSI Rules of Procedure, 20 April 2016

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION

## IPR HOLDER / ORGANISATION ("Declarant")

Legal Name: KT Corporation

### CONTACT DETAILS FOR LICENSING INFORMATION:

| | | | |
|---|---|---|---|
| Name and Title: | Dr. Chanho Min , Senior Manager | | |
| Department: | IPR Dept. | | |
| Address: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea | | |
| Telephone: | 82-10-9530-4765 | Fax: | 82-303-0990-3806 |
| Email: | chanho.min@kt.com | URL: | |

## IPR INFORMATION STATEMENT

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex*.

The Declarant and/or its AFFILIATES *(check one box only)*:

[✓] are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

[ ] are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

## IPR LICENSING DECLARATION

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable)*:

[✓] To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are (1) prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy; and (2) will comply with Clause 6.1 bis of the ETSI IPR Policy.

[✓] This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate *(check box if applicable)*:

[ ] The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.
Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

## SIGNATURE

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

| | |
|---|---|
| Name of authorized person: | Dr. Chanho Min |
| Title of authorized person: | Senior Manager |
| Place, Date: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea, 27/12/2016 |

*Please return this form duly signed to: ETSI Director-General*
*ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*



ETSI Rules of Procedure, 20 April 2016

## IPR Information Statement Annex

| STANDARD, TECHNICAL SPECIFICATION or ETSI Work Item | | | | Proprietor | Application No. | Publication No. | Patent/ApplicationTitle | Country of registration | FURTHER INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Other members of this PATENT FAMILY, if any * | | |
| | | | | | | | | | Application No. | Publication No. | Country of registration |
| | TS 136 213 | | 11.1.0 | UnknownCompany (KR20120144604) | KR20120144604 | KR101526163 B1 | METHOD FOR TRANSMITTING AND RECEIVING CONFIGURATION INFORMATION OF INTERFERENCE MEASUREMENT RESOURCE, METHOD FOR MEASURING INTERFERENCE MEASUREMENT RESOURCE, TERMINAL AND TRANSMISSION POINT THEREOF | KOREA (REPUBLIC OF) | CN2013858356 | JP6039810 B2 | CHINA |
| | TS 136 331 | | 11.2.0 | | | | | | JP20150531004 | JP6039810 B2 | JAPAN |
| | TS 36.213 | | 11.1.0 | | | | | | US201314017458 | JP6039810 B2 | UNITED STATES |
| | TS 36.331 | | 11.2.0 | | | | | | WO2013KR07999 | JP6039810 B2 | Patent Cooperation Treaty |
| | TS 136 211 | | 11.0.0 | UnknownCompany (KR20120141262) | KR20120141262 | KR101525048 B1 | METHOD AND TERMINAL FOR TRANSMITTING SOUNDING REFERENCE SIGNAL IN UPLINK | KOREA (REPUBLIC OF) | CN2013826229 | JP5981644 B2 | CHINA |
| | TS 36.211 | | 11.0.0 | | | | | | EP20130804562 | JP5981644 B2 | European Patent Office |
| | | | | | | | | | JP20150513950 | JP5981644 B2 | JAPAN |
| | | | | | | | | | US201313913648 | JP5981644 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR05028 | JP5981644 B2 | Patent Cooperation Treaty |
| | TS 136 213 | | 11.2.0 | KT CORP [KR] | KR20150085982 | KR20150080464 A | METHOD, TERMINAL AND TRANSMISSION/RECEPTION POINT FOR CONTROLLING TRANSMIT POWER OF UPLINK SOUNDING REFERENCE SIGNAL | KOREA (REPUBLIC OF) | CN2013835425 | US9392552 B2 | CHINA |
| | TS 136 331 | | 11.3.0 | | | | | | EP20130816987 | US9392552 B2 | European Patent Office |
| | TS 36.213 | | 11.2.0 | | | | | | JP20150521537 | US9392552 B2 | JAPAN |
| | TS 36.331 | | 11.3.0 | | | | | | KR20120144490 | US9392552 B2 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201313927373 | US9392552 B2 | UNITED STATES |
| | | | | | | | | | US201514686690 | US9392552 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR05567 | US9392552 B2 | Patent Cooperation Treaty |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 211 | | 11.2.0 | UnknownCompany (KR20120146706) | KR20120146706 | KR101556749 B1 | METHOD FOR TRANSITING CONTROL INFORMATION OF TRANSMISSION/RECEPTION POINT, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR MAPPING UPLINK CONTROL CHANNEL RESOURCE OF TERMINAL AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013852379 | KR101656242 B1 | CHINA |
| | TS 136 213 | | 11.2.0 | | | | | | CN2013852383 | KR101656242 B1 | CHINA |
| | TS 36.211 | | 11.2.0 | | | | | | KR20120132928 | KR101656242 B1 | KOREA (REPUBLIC OF) |
| | TS 36.213 | | 11.2.0 | | | | | | KR20130089958 | KR101656242 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150071636 | KR101656242 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150089925 | KR101656242 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201313946141 | KR101656242 B1 | UNITED STATES |
| | | | | | | | | | US201314419530 | KR101656242 B1 | UNITED STATES |
| | | | | | | | | | WO2013KR05959 | KR101656242 B1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR06815 | KR101656242 B1 | Patent Cooperation Treaty |



Page 4 (version 11)
IPR Declaration reference: ISLD-201612-028

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TS 136 211<br>TS 136 213<br>TS 36.211<br>TS 36.213 | | 11.2.0<br>11.2.0<br>11.2.0<br>11.2.0 | UnknownCompany (KR20120145416) | KR20120145416 | KR101584751 B1 | METHOD FOR UPLINK CONTROL CHANNEL RESOURCE CONFIGURATION, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR MAPPING UPLINK CONTROL CHANNEL RESOURCE AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013852383 | KR101616781 B1 | CHINA |
| | | | | | | | | CN2013853145 | KR101616781 B1 | CHINA |
| | | | | | | | | CN2013853688 | KR101616781 B1 | CHINA |
| | | | | | | | | IN2015DELNP1773 | KR101616781 B1 | INDIA |
| | | | | | | | | JP20150527372 | KR101616781 B1 | JAPAN |
| | | | | | | | | KR20130089958 | KR101616781 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | KR20130089958 | KR101616781 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | KR20150077139 | KR101616781 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | KR20150089925 | KR101616781 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | MX20150002032 | KR101616781 B1 | MEXICO |
| | | | | | | | | PH12015500429 | KR101616781 B1 | PHILIPPINES |
| | | | | | | | | US201313953180 | KR101616781 B1 | UNITED STATES |
| | | | | | | | | US201314419530 | KR101616781 B1 | UNITED STATES |
| | | | | | | | | US201314422128 | KR101616781 B1 | UNITED STATES |
| | | | | | | | | WO2013KR06757 | KR101616781 B1 | Patent Cooperation Treaty |
| | | | | | | | | WO2013KR06815 | KR101616781 B1 | Patent Cooperation Treaty |
| | | | | | | | | WO2013KR06815 | KR101616781 B1 | Patent Cooperation Treaty |
| | | | | | | | | WO2013KR07303 | KR101616781 B1 | Patent Cooperation Treaty |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 211<br>TS 136 213<br>TS 36.211<br>TS 36.213 | | 11.2.0<br>11.2.0<br>11.2.0<br>11.2.0 | UnknownCompany (KR20130027866) | KR20130027866 | KR101562699 B1 | METHOD FOR RECEIVING DOWNLINK CONTROL CHANNEL, TERMINAL THEREOF, METHOD FOR CONFIGURING DOWNLINK CONTROL CHANNEL AND TRANSMISSION/RECEPTION POINT THEREOF | KOREA (REPUBLIC OF) | CN2013859386 | CN104782068 A | CHINA |
| | | | | | | | | | JP20150531022 | JP6007333 B2 | JAPAN |
| | | | | | | | | | KR20150079269 | KR101627070 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314024979 | US9191943 B2 | UNITED STATES |
| | | | | | | | | | US201514941850 | US2016073385 A1 | UNITED STATES |
| | | | | | | | | | WO2013KR08282 | WO2014042452 A1 | Patent Cooperation Treaty |
| | TS 136 211<br>TS 136 213<br>TS 36.211<br>TS 36.213 | | 11.2.0<br>11.2.0<br>11.2.0<br>11.2.0 | UnknownCompany (KR20120144531) | KR20120144531 | KR101574713 B1 | METHOD FOR TRANSMITTING CONTROL INFORMATION, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR RECEIVING CONTROL INFORMATION AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013859609 | CN104798330 A | CHINA |
| | | | | | | | | | CN2013859610 | CN104782069 A | CHINA |
| | | | | | | | | | KR20130089961 | KR101562702 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150089874 | KR101617588 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314023754 | US9173215 B2 | UNITED STATES |
| | | | | | | | | | US201314428234 | US9385850 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR06816 | WO2014042356 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR08191 | WO2014042411 A1 | Patent Cooperation Treaty |
| | TS 136 211<br>TS 136 213<br>TS 36.211<br>TS 36.213 | | 11.2.0<br>11.2.0<br>11.2.0<br>11.2.0 | UnknownCompany (KR20120145368) | KR20120145368 | KR101562694 B1 | METHOD FOR TRANSMITTING CONTROL INFORMATION, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR RECEIVING CONTROL INFORMATION AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013853919 | CN104718715 A | CHINA |
| | | | | | | | | | CN2013859609 | CN104798330 A | CHINA |
| | | | | | | | | | JP20150531860 | JP6027247 B2 | JAPAN |
| | | | | | | | | | KR20130089961 | KR101562702 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150087098 | KR101617586 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150089874 | KR101617588 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314027639 | US9398577 B2 | UNITED STATES |
| | | | | | | | | | US201314428234 | US9385850 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR06816 | WO2014042356 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR08329 | WO2014046425 A3 | Patent Cooperation Treaty |



| | TS 136 213 TS 36.213 | | 11.3.0 11.3.0 | UnknownCompany (KR20130104930) | KR20130104930 | KR101562704 B1 | METHODS OF ADJUSTING BLIND DECODING OF DOWNLINK CONTROL CHANNEL AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2013850746 | CN104685810 A | CHINA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | KR20150086334 | KR101615855 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314038863 | US9414263 B2 | UNITED STATES |
| | | | | | | | | | US201615201696 | US2016315732 A1 | UNITED STATES |
| | | | | | | | | | WO2013KR08468 | WO2014051293 A1 | Patent Cooperation Treaty |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 211 | | 11.2.0 | UnknownCompany (KR20130089958) | KR20130089958 | KR101584756 B1 | METHOD FOR TRANSITING CONTROL INFORMATION OF TRANSMISSION/RECEPTION POINT, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR MAPPING UPLINK CONTROL CHANNEL RESOURCE OF TERMINAL AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013852379 | CN104704757 A | CHINA |
| | TS 136 213 | | 11.2.0 | | | | | | CN2013852383 | CN104704758 A | CHINA |
| | TS 36.211 | | 11.2.0 | | | | | | CN2013853145 | CN104736449 A | CHINA |
| | TS 36.213 | | 11.2.0 | | | | | | CN2013853688 | CN104737478 A | CHINA |
| | | | | | | | | | IN2015DELNP1773 | IN1773DEN2015 A | INDIA |
| | | | | | | | | | JP20150527372 | JP2015529600 A | JAPAN |
| | | | | | | | | | KR20120132928 | KR20140019718 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20120145416 | KR101584751 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20120146706 | KR101556749 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150071636 | KR101656242 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150077139 | KR101616781 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150089925 | KR101617589 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | MX20150002032 | MX2015002032 A | MEXICO |
| | | | | | | | | | PH12015500429 | PH12015500429 A1 | PHILIPPINES |
| | | | | | | | | | US201313946141 | US9167575 B2 | UNITED STATES |
| | | | | | | | | | US201313953180 | US2014050165 A1 | UNITED STATES |
| | | | | | | | | | US201314419530 | US2015208391 A1 | UNITED STATES |
| | | | | | | | | | US201314422128 | US2015307241 A1 | UNITED STATES |
| | | | | | | | | | WO2013KR05959 | WO2014025140 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR06757 | WO2014027768 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR06815 | WO2014025150 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR07303 | WO2014027830 A3 | Patent Cooperation Treaty |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 211 | | 11.2.0 | UnknownCompany (KR20130089961) | KR20130089961 | KR101562702 B1 | METHOD FOR TRANSMITTING CONTROL INFORMATION, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR RECEIVING CONTROL INFORMATION AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013853919 | CN104718715 A | CHINA |
| | TS 136 213 | | 11.2.0 | | | | | | CN2013859609 | CN104798330 A | CHINA |
| | TS 36.211 | | 11.2.0 | | | | | | CN2013859610 | CN104782069 A | CHINA |
| | TS 36.213 | | 11.2.0 | | | | | | JP20150531860 | JP6027247 B2 | JAPAN |
| | | | | | | | | | KR20120144531 | KR101574713 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20120145368 | KR101562694 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150087098 | KR101617586 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150089874 | KR101617588 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314023754 | US9173215 B2 | UNITED STATES |
| | | | | | | | | | US201314027639 | US9398577 B2 | UNITED STATES |
| | | | | | | | | | US201314428234 | US9385850 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR06816 | WO2014042356 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR08191 | WO2014042411 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2013KR08329 | WO2014046425 A3 | Patent Cooperation Treaty |
| | TS 136 213 | | 11.2.0 | UnknownCompany (KR20120146600) | KR20120146600 | KR101475123 B1 | METHODS FOR TRANSMITTING AND RECEIVING UPLINK CONTROL CHANNEL, TERMINAL AND TRANSMISSION RECEPTION POINT THEREOF | KOREA (REPUBLIC OF) | CN2013859653 | CN104798334 A | CHINA |
| | TS 136 331 | | 11.3.0 | | | | | | JP20150531855 | JP2015534344 A | JAPAN |
| | TS 36.213 | | 11.2.0 | | | | | | US201314024855 | US9265037 B2 | UNITED STATES |
| | TS 36.331 | | 11.3.0 | | | | | | WO2013KR08283 | WO2014042453 A1 | Patent Cooperation Treaty |
| | TS 136 211 | | 11.2.0 | UnknownCompany (KR20130021542) | KR20130021542 | KR101587508 B1 | METHOD FOR CONTROLLING UPLINK POWER WITH TERMINAL AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | CN2013853516 | CN104769866 A | CHINA |
| | TS 136 213 | | 11.2.0 | | | | | | CN20151263761 | CN104853424 A | CHINA |
| | TS 36.211 | | 11.2.0 | | | | | | KR20130070558 | KR20140047510 A | KOREA (REPUBLIC OF) |
| | TS 36.213 | | 11.2.0 | | | | | | US201314051514 | US2014105130 A1 | UNITED STATES |
| | | | | | | | | | US201314063220 | US9379874 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR09078 | WO2014058257 A1 | Patent Cooperation Treaty |



Page 9 (version 11)
IPR Declaration reference: ISLD-201612-028

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 23.040<br>TS 23.682 | | 11.2.0<br>11.1.0 | UnknownCompany (KR20110103220) | KR20110103220 | KR101540499 B1 | SHORT MESSAGE SERVER, USER EQUIPMENT TRIGGERING METHOD THEREOF, TRIGGER REQUEST DELIVERING SERVER, AND TRIGGER REQUEST DELIVERING METHOD THEREOF | KOREA (REPUBLIC OF) | US201214350743 | US2014258434 A1 | UNITED STATES |
| | | | | | | | | | WO2012KR08101 | WO2013055063 A1 | Patent Cooperation Treaty |
| | TS 123 040<br>TS 23.682<br>TS 23.040 | | 11.4.0<br>11.1.0<br>11.4.0 | UnknownCompany (KR20120098722) | KR20120098722 | KR101554219 B1 | SHORT MESSAGE SERVICE PROVIDING METHOD AND APPARATUS FOR PACKET SWITCHED ONLY SUBSCRIPTION IN MOBILE COMMUNICATION NETWORK | KOREA (REPUBLIC OF) | KR20150070240 | KR101569070 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314383605 | US9392425 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR01510 | WO2013133564 A1 | Patent Cooperation Treaty |
| | TS 123 401<br>TS 24.301<br>TS 23.401 | | 11.4.0<br>11.3.0<br>11.4.0 | UnknownCompany (KR20120098705) | KR20120098705 | KR101565102 B1 | ACCESS CONTROL METHOD AND APPARATUS FOR MACHINE TYPE COMMUNICATION DEVICES WITH DUAL PRIORITY APPLICATIONS | KOREA (REPUBLIC OF) | KR20150100171 | KR101655693 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201314389414 | US9386478 B2 | UNITED STATES |
| | | | | | | | | | WO2013KR02065 | WO2013151246 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 36.213 | | 12.4.0<br>12.4.0 | UnknownCompany (KR20140015075) | KR20140015075 | KR101615803 B1 | Methods of controlling and configuring carrier aggregation and apparatuses thereof | KOREA (REPUBLIC OF) | CN2014842115 | CN105409137 A | CHINA |
| | | | | | | | | | KR20140005630 | KR20150012985 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201414897230 | US2016128054 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR06701 | WO2015012591 A1 | Patent Cooperation Treaty |
| | TS 136 300<br>TS 136 321<br>TS 136 331<br>TS 36.300<br>TS 36.321<br>TS 36.331 | | 12.4.0<br>12.4.0<br>12.4.1<br>12.4.0<br>12.4.0<br>12.4.1 | UnknownCompany (KR20140015093) | KR20140015093 | KR101615804 B1 | Methods of controlling carrier aggregation in Small cell deployment and apparatuses thereof | KOREA (REPUBLIC OF) | CN2014842329 | CN105409139 A | CHINA |
| | | | | | | | | | KR20140007158 | KR20150012986 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20160030078 | KR20160036017 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201414897233 | US2016150585 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR06704 | WO2015012593 A1 | Patent Cooperation Treaty |
| | TS 36.213 | | 12.2.0 | UnknownCompany (KR20140027531) | KR20140027531 | KR101561838 B1 | Methods for setting the Downlink HARQ-ACK timing and apparatuses thereof | KOREA (REPUBLIC OF) | CN2014853584 | CN105594147 A | CHINA |
| | | | | | | | | | KR20150139479 | KR101645898 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201415024873 | US2016241363 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR08708 | WO2015046811 A1 | Patent Cooperation Treaty |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 36.213 | | 12.2.0 | UnknownCompany (KR20140061203) | KR20140061203 | KR20150035673A | Methods for setting control channel timing with TDD-FDD joint operation and Apparatuses thereof | KOREA (REPUBLIC OF) | CN2014853610 | CN105580298 A | CHINA |
| | | | | | | | | | CN2014853611 | CN105580299 A | CHINA |
| | | | | | | | | | KR20140061209 | KR20150035674A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20160062182 | KR20160065789A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20160062194 | KR20160065790A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201415024899 | US2016219543 A1 | UNITED STATES |
| | | | | | | | | | US201415025001 | US2016242168 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR08639 | WO2015046800 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2014KR08695 | WO2015046807 A1 | Patent Cooperation Treaty |
| | TS 36.213 | | 12.2.0 | UnknownCompany (KR20140061209) | KR20140061209 | KR20150035674A | Methods for setting a PHICH timing with TDD-FDD joint operation and Apparatuses thereof | KOREA (REPUBLIC OF) | CN2014853610 | CN105580298 A | CHINA |
| | | | | | | | | | CN2014853611 | CN105580299 A | CHINA |
| | | | | | | | | | KR20140061203 | KR20150035673A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20160062182 | KR20160065789A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20160062194 | KR20160065790A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201415024899 | US2016219543 A1 | UNITED STATES |
| | | | | | | | | | US201415025001 | US2016242168 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR08639 | WO2015046800 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2014KR08695 | WO2015046807 A1 | Patent Cooperation Treaty |
| | TS 36.212 | | 12.1.0 | KT CORP [KR] | KR20140134541 | KR20150048630A | METHODS FOR TRANSMITTING AND RECEIVING THE DOWNLINK CONTROL INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2014846410 | CN105474561 A | CHINA |
| | | | | | | | | | US201414910060 | US2016183223 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR09922 | WO2015060631 A1 | Patent Cooperation Treaty |
| | TS 136 331 TS 36.331 | | 12.4.1 12.4.1 | UnknownCompany (KR20150000030) | KR20150000030 | KR101632567 B1 | METHODS OF THE CHANNEL MEASUREMENT FOR SMALL CELL DISCOVERY AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | KR20140115649 | KR20150083970A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201514592123 | US2015223156 A1 | UNITED STATES |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 213 TS 36.213 | | 12.3.0 12.3.0 | KT CORP [KR] | KR20140175190 | KR20150111820 A | METHODS FOR TRANSMITTING AND RECEIVING THE CHANNEL STATE INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2015806948 | CN106063214 A | CHINA |
| | | | | | | | | | US201514664853 | US2015271693 A1 | UNITED STATES |
| | | | | | | | | | WO2015KR02021 | WO2015141959 A1 | Patent Cooperation Treaty |
| | TS 136 213 TS 36.213 | | 12.3.0 12.3.0 | UnknownCompany (KR20140175182) | KR20140175182 | KR101632354 B1 | METHODS FOR TRANSMITTING AND RECEIVING THE DOWNLINK CONTROL INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | US201514664854 | US9461771 B2 | UNITED STATES |
| | | | | | | | | | WO2015KR02022 | WO2015141960 A1 | Patent Cooperation Treaty |
| | TS 136 213 TS 36.213 | | 12.3.0 12.3.0 | KT CORP [KR] | KR20140180330 | KR20150111823 A | METHOD FOR DETERMINING THE TRANSPORT BLOCK SIZE AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2015806950 | CN105960787 A | CHINA |
| | | | | | | | | | US201514664855 | US2015271802 A1 | UNITED STATES |
| | | | | | | | | | WO2015KR02094 | WO2015141961 A1 | Patent Cooperation Treaty |
| | TS 136 213 TS 36.213 | | 12.4.0 12.4.0 | UnknownCompany (KR20130155297) | KR20130155297 | KR101566943 B1 | METHODS OF CONTROLLING THE TRANSMISSION OF UPLINK CONTROL INFORMATION IN MULTIPLE SERVING CELLS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2014818997 | CN105075149 A | CHINA |
| | | | | | | | | | KR20150132349 | KR101655699 B1 | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201414780176 | US2016044655 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR02524 | WO2014157927 A1 | Patent Cooperation Treaty |
| | TS 136 213 TS 36.213 | | 12.4.0 12.4.0 | UnknownCompany (KR20140088948) | KR20140088948 | KR101611825 B1 | METHODS FOR CONTROLLING TRANSMIT POWER IN AN UPLINK AND APPPARTUSES THEREOF | KOREA (REPUBLIC OF) | CN2014854086 | CN105594263 A | CHINA |
| | | | | | | | | | US201415027002 | US2016234788 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR10565 | WO2015069013 A1 | Patent Cooperation Treaty |
| | TS 136 213 TS 36.213 | | 12.4.0 12.4.0 | UnknownCompany (KR20150021154) | KR20150021154 | KR101674791 B1 | METHODS FOR CONTROLLING THE TRANSMISSION POWER OF UPLINK SIGNALS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN20151188805 | CN105007616 A | CHINA |
| | | | | | | | | | US201514687865 | US2015304957 A1 | UNITED STATES |
| | TS 136 213 TS 36.213 | | 12.4.0 12.4.0 | UnknownCompany (KR20150023625) | KR20150023625 | KR101672120 B1 | METHODS FOR CONTROLLING THE TRANSMISSION POWER OF UPLINK CHANNELS AND SIGNALS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN20151629288 | CN105472720 A | CHINA |
| | | | | | | | | | US201514862343 | US2016095069 A1 | UNITED STATES |

* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).

*Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:
ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*