# Exhibit D




REÇU - 4 JAN. 2017

Page 1 (version 11)
IPR Declaration reference: ISLD-201612-031

ETSI Rules of Procedure, 20 April 2016

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION

**IPR HOLDER / ORGANISATION ("Declarant")**

Legal Name: KT Corporation

**CONTACT DETAILS FOR LICENSING INFORMATION:**

| | |
|---|---|
| Name and Title: | Dr. Chanho Min , Senior Manager |
| Department: | IPR Dept. |
| Address: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea |
| Telephone: | 82-10-9530-4765    Fax:    82-303-0990-3806 |
| Email: | chanho.min@kt.com    URL: |

**IPR INFORMATION STATEMENT**

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex*.

The Declarant and/or its AFFILIATES *(check one box only):*

☑ are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

☐ are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

**IPR LICENSING DECLARATION**

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable):*

☑ To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are (1) prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy; and (2) will comply with Clause 6.1 bis of the ETSI IPR Policy.

  ☑ This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate *(check box if applicable):*

☐ The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.
Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

**SIGNATURE**

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

| | |
|---|---|
| Name of authorized person: | Dr. Chanho Min |
| Title of authorized person: | Senior Manager |
| Place, Date: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea, 27/12/2016 |

*[signature]*

*Please return this form duly signed to: ETSI Director-General*
*ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*



ETSI Rules of Procedure, 20 April 2016

## IPR Information Statement Annex

| STANDARD, TECHNICAL SPECIFICATION or ETSI Work Item | | | | Proprietor | Application No. | Publication No. | Patent/ApplicationTitle | Country of registration | FURTHER INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Other members of this PATENT FAMILY, if any * | | |
| | | | | | | | | | Application No. | Publication No. | Country of registration |
| | TS 136 300 | | 12.4.0 | UnknownCompany (KR20130129015) | KR20130129015 | KR101568310 B1 | METHODS AND APPARATUSES FOR TRANSMITTING USER PLANE DATA IN SMALL CELL DEPLOYMENTS | KOREA (REPUBLIC OF) | CN2014807262 | CN104969489 A | CHINA |
| | TS 136 331 | | 12.4.1 | | | | | | KR20150145111 | KR101611309 B1 | KOREA (REPUBLIC OF) |
| | TS 36.300 | | 12.4.0 | | | | | | US201414765334 | US2015373584 A1 | UNITED STATES |
| | TS 36.331 | | 12.4.1 | | | | | | WO2014KR00346 | WO2014119858 A1 | Patent Cooperation Treaty |
| | TS 136 300 | | 12.4.0 | UnknownCompany (KR20130149687) | KR20130149687 | KR101625552 B1 | METHODS AND APPARATUSES FOR ACTIVATING OR DEACTIVATING SMALL CELLS | KOREA (REPUBLIC OF) | CN2014808810 | CN105075314 A | CHINA |
| | TS 136 321 | | 12.4.0 | | | | | | KR20130129872 | KR20140102112 A | KOREA (REPUBLIC OF) |
| | TS 136 331 | | 12.4.1 | | | | | | US201414765904 | US2015373559 A1 | UNITED STATES |
| | TS 36.300 | | 12.4.0 | | | | | | WO2014KR00996 | WO2014126356 A1 | Patent Cooperation Treaty |
| | TS 36.321 | | 12.4.0 | | | | | | | | |
| | TS 36.331 | | 12.4.1 | | | | | | | | |
| | TS 136 300 | | 12.4.0 | UnknownCompany (KR20140015508) | KR20140015508 | KR101656248 B1 | METHODS FOR TRANSMITTING BUFFER STATUS REPORT OF A USER EQUIPMENT IN SMALL CELL DEPLOYMENTS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2014811021 | CN105432028 A | CHINA |
| | TS 136 321 | | 12.4.0 | | | | | | KR20130129039 | KR20140107088 A | KOREA (REPUBLIC OF) |
| | TS 136 331 | | 12.4.1 | | | | | | US201414770607 | US2016029245 A1 | UNITED STATES |
| | TS 36.300 | | 12.4.0 | | | | | | WO2014KR01124 | WO2014133271 A1 | Patent Cooperation Treaty |
| | TS 36.321 | | 12.4.0 | | | | | | | | |
| | TS 36.331 | | 12.4.1 | | | | | | | | |
| | TS 136 300 | | 12.4.0 | UnknownCompany (KR20130136724) | KR20130136724 | KR101632277 B1 | HANDOVER METHODS FOR A MOBILE STATION CONNECTED WITH MULTIPLE BASE STATIONS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2014819499 | CN105103613 A | CHINA |
| | TS 136 331 | | 12.4.1 | | | | | | US201414779957 | US9497666 B2 | UNITED STATES |
| | TS 36.300 | | 12.4.0 | | | | | | WO2014KR02449 | WO2014157888 A1 | Patent Cooperation Treaty |
| | TS 36.331 | | 12.4.1 | | | | | | | | |
| | TS 136 331 | | 12.4.1 | UnknownCompany (KR20130161241) | KR20130161241 | KR101628874 B1 | METHODS FOR HANDLING A RADIO LINK FAILURE AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2014820250 | CN105103593 A | CHINA |
| | TS 36.331 | | 12.4.1 | | | | | | KR20130130502 | KR20140120806 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201414781356 | US2016057802 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR02902 | WO2014163419 A1 | Patent Cooperation Treaty |



Page 3 (version 11)
IPR Declaration reference: ISLD-201612-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 331 | | 12.4.1 | UnknownCompany (KR20130161875) | KR20130161875 | KR101602999 B1 | METHODS FOR CONFIGURING A DUAL CONNECTION IN MOBILE COMMUNICATION NETWORKS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN2014858780 | CN105684491 A | CHINA |
| | TS 36.331 | | 12.4.1 | | | | | | KR20130130408 | KR20140145524 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201415032651 | US2016316508 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR10094 | WO2015064972 A1 | Patent Cooperation Treaty |
| | TS 136 300 | | 12.4.0 | UnknownCompany (KR20140030422) | KR20140030422 | KR20150034588 A | Methods for transmitting the Buffer status report and Apparatuses thereof | KOREA (REPUBLIC OF) | CN2014853616 | CN105580419 A | CHINA |
| | TS 136 323 | | 12.2.0 | | | | | | US201415024484 | US2016242193 A1 | UNITED STATES |
| | TS 136 331 | | 12.4.1 | | | | | | WO2014KR08311 | WO2015046780 A1 | Patent Cooperation Treaty |
| | TS 36.300 | | 12.4.0 | | | | | | | | |
| | TS 36.323 | | 12.2.0 | | | | | | | | |
| | TS 36.331 | | 12.4.1 | | | | | | | | |
| | TS 136 300 | | 12.4.0 | UnknownCompany (KR20140187262) | KR20140187262 | KR101640681 B1 | METHODS FOR CHANGING A BASE STATION IN DUAL CONNECTIVITY AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| | TS 136 323 | | 12.2.0 | | | | | | | | |
| | TS 136 331 | | 12.4.1 | | | | | | | | |
| | TS 36.300 | | 12.4.0 | | | | | | | | |
| | TS 36.323 | | 12.2.0 | | | | | | | | |
| | TS 36.331 | | 12.4.1 | | | | | | | | |
| | TS 136 300 | | 13.2.0 | KT CORP [KR] | KR20150015921 | KR20150099411 A | METHODS FOR TRANSMITTING AND RECEIVING DATA AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| | TS 36.300 | | 13.2.0 | | | | | | | | |
| | TS 136 321 | | 12.4.0 | UnknownCompany (KR20140017610) | KR20140017610 | KR101655513 B1 | Methods for transmitting Buffer Status Report in Device to Device Communication and Apparatuses thereof | KOREA (REPUBLIC OF) | CN2014845384 | CN105474684 A | CHINA |
| | TS 36.321 | | 12.4.0 | | | | | | CN20161154305 | CN105682137 A | CHINA |
| | | | | | | | | | US201414910026 | US2016183239 A1 | UNITED STATES |
| | | | | | | | | | US201615054077 | US2016183241 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR07081 | WO2015020356 A1 | Patent Cooperation Treaty |
| | TS 136 321 | | 12.4.0 | UnknownCompany (KR20140008556) | KR20140008556 | KR101648251 B1 | Methods for allocating wireless resources in Device to Device communication and Apparatuses thereof | KOREA (REPUBLIC OF) | CN2014845384 | US2016183239 A1 | CHINA |
| | TS 136 331 | | 12.4.1 | | | | | | CN20161154305 | US2016183239 A1 | CHINA |
| | TS 36.321 | | 12.4.0 | | | | | | US201414910026 | US2016183239 A1 | UNITED STATES |
| | TS 36.331 | | 12.4.1 | | | | | | US201615054077 | US2016183239 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR07081 | US2016183239 A1 | Patent Cooperation Treaty |



Page 4 (version 11)
IPR Declaration reference: ISLD-201612-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 331<br>TS 36.331 | | 12.3.0<br>12.3.0 | UnknownCompany<br>(KR20130148751) | KR20130148751 | KR101602998 B1 | METHODS FOR HANDLING THE VALIDITY OF WIRELESS LAN ASSISTANCE INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| | TS 23.682 | | 13.3.0 | KT CORP [KR] | KR20120143964 | KR20130123291 A | USER EQUIPMENT MONITORING METHOD AND APPARATUS IN MOBILE NETWORK | KOREA (REPUBLIC OF) | WO2013KR03758 | WO2013165168 A1 | Patent Cooperation Treaty |
| | TS 136 331<br>TS 36.331 | | 13.0.0<br>13.0.0 | KT CORP [KR] | KR20150094846 | KR20160019052 A | METHODS FOR CONFIGURING CARRIER AGGREGATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR08037 | WO2016021882 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 136 331<br>TS 36.213<br>TS 36.331 | | 13.2.0<br>13.2.0<br>13.2.0<br>13.2.0 | UnknownCompany<br>(KR20140057938) | KR20140057938 | KR20150035672 A | Apparatus and methods of uplink control channel resource mapping for User Equipments | KOREA (REPUBLIC OF) | CN2014853321 | CN105594139 A | CHINA |
| | | | | | | | | | US201415025262 | US2016242169 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR08765 | WO2015046831 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 136 331<br>TS 36.213<br>TS 36.331 | | 13.2.0<br>13.2.0<br>13.2.0<br>13.2.0 | UnknownCompany<br>(KR20140067128) | KR20140067128 | KR20150041562 A | Methods for Transmitting and Receiving Downlink Control Channels and Apparatuses thereof | KOREA (REPUBLIC OF) | CN2014854504 | CN105659514 A | CHINA |
| | | | | | | | | | KR20140026752 | KR20150040193 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | US201415026260 | US2016249331 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR08995 | WO2015050339 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2014KR09184 | WO2015050359 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 136 331<br>TS 36.213<br>TS 36.331 | | 13.2.0<br>13.2.0<br>13.2.0<br>13.2.0 | UnknownCompany<br>(KR20140088926) | KR20140088926 | KR20150043963 A | Methods for Transmitting and Receiving a Random Access Preamble and Apparatuses Thereof | KOREA (REPUBLIC OF) | CN2014856219 | CN105637969 A | CHINA |
| | | | | | | | | | US201415029265 | US2016255591 A1 | UNITED STATES |
| | | | | | | | | | WO2014KR09472 | WO2015056924 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 136 331<br>TS 36.331<br>TS 36.213 | | 13.1.1<br>13.1.0<br>13.1.0<br>13.1.1 | KT CORP [KR] | KR20150105193 | KR20160037066 A | METHODS FOR TRANSMITTING AND RECEIVING A SIGNAL OF MTC UES AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR10097 | WO2016048063 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 136 331<br>TS 36.331<br>TS 36.213 | | 13.1.1<br>13.1.0<br>13.1.0<br>13.1.1 | KT CORP [KR] | KR20150132362 | KR20160037087 A | METHODS FOR CONFIGURING DOWNLINK RESOURCE FOR A MTC UE AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR10097 | WO2016048063 A1 | Patent Cooperation Treaty |



Page 5 (version 11)
IPR Declaration reference: ISLD-201612-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 213<br>TS 36.213 | | 13.1.1<br>13.1.1 | KT CORP [KR] | KR20160005012 | KR20160089866 A | METHODS FOR TRANSMITTING A DOWNLINK CONTROL INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | KR20150135899 | KR20160089844 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | WO2016KR00494 | WO2016117885 A1 | Patent Cooperation Treaty |
| | TS 136 213<br>TS 36.213 | | 13.2.0<br>13.2.0 | KT CORP [KR] | KR20140012252 | KR20140134213 A | METHODS OF DATA CHANNEL SCHEDULING AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | KR20130147226 | KR20140134209 A | KOREA (REPUBLIC OF) |
| | TS 136 331<br>TS 136 300<br>TS 36.331<br>TS 36.300 | | 13.0.0<br>13.2.0<br>13.0.0<br>13.2.0 | KT CORP [KR] | KR20160021712 | KR20160110889 A | METHODS FOR TRANSMITTING CHANNEL STATE INFORMATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2016KR02281 | WO2016144078 A1 | Patent Cooperation Treaty |
| | TS 136 331<br>TS 136 300<br>TS 36.331<br>TS 36.300 | | 13.0.0<br>13.2.0<br>13.0.0<br>13.2.0 | KT CORP [KR] | KR20150185653 | KR20160086269 A | METHODS FOR TRANMITTING AND RECEVING THE SINGLE CELL MULTIPOINT TRANSMISSION DATA AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR14479 | WO2016111498 A1 | Patent Cooperation Treaty |
| | TS 136 331<br>TS 136 300<br>TS 136 304<br>TS 36.331<br>TS 36.300<br>TS 36.304 | | 13.0.0<br>13.2.0<br>13.0.0<br>13.0.0<br>13.2.0<br>13.0.0 | KT CORP [KR] | KR20160000376 | KR20160086276 A | METHODS FOR TRANSMITTING AND RECEIVING THE SINGLE CELL MULTIPOINT TRANSMISSION DATA AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2016KR0005 3 | WO2016111522 A1 | Patent Cooperation Treaty |
| | TS 136 300<br>TS 136 360<br>TS 36.300<br>TS 36.360 | | 13.3.0<br>13.0.0<br>13.3.0<br>13.0.0 | KT CORP [KR] | KR20150094021 | KR20160030038 A | METHODS FOR TRANSMITTING DATA USING A WLAN CARRIER AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | KR20150067822 | KR20160030035 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150114273 | KR20160030041 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | WO2015KR09333 | WO2016036180 A1 | Patent Cooperation Treaty |
| | TS 136 300<br>TS 136 360<br>TS 36.300<br>TS 36.360 | | 13.3.0<br>13.0.0<br>13.3.0<br>13.0.0 | KT CORP [KR] | KR20150114278 | KR20160034182 A | METHODS FOR PROCESSING USER PLANE DATA AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR09741 | WO2016043527 A1 | Patent Cooperation Treaty |
| | TS 136 300<br>TS 136 323<br>TS 136 331<br>TS 36.300<br>TS 36.323<br>TS 36.331 | | 13.3.0<br>13.1.0<br>13.1.0<br>13.3.0<br>13.1.0<br>13.1.0 | KT CORP [KR] | KR20150114273 | KR20160030041 A | METHODS FOR PROCESSING DATA USING A WLAN CARRIER AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | KR20150067822 | KR20160030035 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | KR20150094021 | KR20160030038 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | WO2015KR09333 | WO2016036180 A1 | Patent Cooperation Treaty |
| | | | | | | | | | WO2015KR09741 | WO2016043527 A1 | Patent Cooperation Treaty |



Page 6 (version 11)
IPR Declaration reference: ISLD-201612-031

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TS 136 463 | | 13.0.0 | KT CORP [KR] | KR20150155504 | KR20160058014A | METHODS FOR TRANSMITTING AND RECEIVING DATA USING WLAN CARRIERS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR12139 | WO2016076634A3 | Patent Cooperation Treaty |
| | TS 136 300 | | 13.3.0 | | | | | | | | |
| | TS 136 331 | | 13.1.0 | | | | | | | | |
| | TS 36.300 | | 13.3.0 | | | | | | | | |
| | TS 36.331 | | 13.1.0 | | | | | | | | |
| | TS 36.463 | | 13.0.0 | | | | | | | | |
| | TS 136 300 | | 13.3.0 | KT CORP [KR] | KR20160037352 | KR20160119426A | Methods for reconfiguring radio bearer and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2016KR03203 | WO2016159634A1 | Patent Cooperation Treaty |
| | TS 136 323 | | 13.1.0 | | | | | | | | |
| | TS 136 331 | | 13.1.0 | | | | | | | | |
| | TS 36.300 | | 13.3.0 | | | | | | | | |
| | TS 36.323 | | 13.1.0 | | | | | | | | |
| | TS 36.331 | | 13.1.0 | | | | | | | | |
| | TS 136 413 | | 13.1.0 | KT CORP [KR] | KR20150030263 | KR20160002327A | METHODS FOR TRANSMITTING A PAGING MESSAGE AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| | TS 123 682 | | 13.5.0 | | | | | | | | |
| | TS 136 304 | | 13.1.0 | | | | | | | | |
| | TS 36.413 | | 13.1.0 | | | | | | | | |
| | TS 23.682 | | 13.5.0 | | | | | | | | |
| | TS 36.304 | | 13.1.0 | | | | | | | | |

\* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).

*Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:*
*ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*