# Exhibit E

**ETSI**

RECU le

− 6 NOV. 2019

Rép: _ _ _ _ _ _ _ _ _

Page 1 (version 15)

IPR Declaration reference: ISLD-201911-001

ETSI Rules of Procedure, 3 April 2019

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION

**IPR HOLDER / ORGANISATION ("Declarant")**

Legal Name: **KT Corporation**

**CONTACT DETAILS FOR LICENSING INFORMATION:**

| | | | |
|---|---|---|---|
| Name and Title: | Dr. Chanho Min , Senior Manager | | |
| Department: | IPR Dept. | | |
| Address: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea | | |
| Telephone: | 82-10-9530-4765 | Fax: | 82-303-0990-3806 |
| Email: | chanho.min@kt.com | URL: | |

**IPR INFORMATION STATEMENT**

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex*.

The Declarant and/or its AFFILIATES *(check one box only)*:

☑ are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

☐ are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

**IPR LICENSING DECLARATION**

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable)*:

☑ To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are (1) prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy; and (2) will comply with Clause 6.1 bis of the ETSI IPR Policy.

☑ This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate *(check box if applicable)*:

☐ The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France. Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

**SIGNATURE**

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

| | |
|---|---|
| Name of authorized person: | Dr. Chanho Min |
| Title of authorized person: | Senior Manager |
| Place, Date: | (Korea Telecom Research Center, Umyeon-dong) 151, Taebong-ro, Seocho-gu, Seoul, 06763, South Korea , 02/11/2019 |

*Please return this form duly signed to: ETSI Director-General*
*ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*



Page 2 (version 15)
IPR Declaration reference: ISLD-201911-001

ETSI Rules of Procedure, 3 April 2019

## IPR Information Statement Annex

| Disclosure Number | STANDARD, TECHNICAL SPECIFICATION or ETSI Work Item | | | | Proprietor | Application No. | Publication No. | Patent/ApplicationTitle | Country of registration | FURTHER INFORMATION Other members of this PATENT FAMILY, if any * | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Application No. | Publication No. | Country of registration |
| 1 | 3GPP-Release-13 | TS 136 331 | | 14.2.0 | ???? ??? | KR20150136064 | KR101985991 B1 | METHODS FOR TRANSMITTING AND RECEIVING A DATA AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | CN20158053056 | CN106717060 A | CHINA |
| | | TS 136 300 | | 14.2.0 | | | | | | US201515516065 | US2017311362 A1 | UNITED STATES |
| | | TS 36.300 | | 14.2.0 | | | | | | WO2015KR10391 | WO2016053027 A1 | Patent Cooperation Treaty |
| | | TS 36.331 | | 14.2.0 | | | | | | | | |
| 2 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.212 | | | KT CORP [KR] | KR20180050090 | KR20180129634 A | Method for scheduling data channel in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | CN201810501797 | CN108934075 A | CHINA |
| | | TS 38.213 | | | | | | | | US201815985883 | US10284404 B2 | UNITED STATES |
| 3 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.214 | | 15.0.0 | KT CORP [KR] | KR20180054207 | KR20190008077 A | CSI-RS Method for beam management by using CSI-RS in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | US201916357686 | US2019215212 A1 | UNITED STATES |
| | | TS 38.331 | | | | | | | | CN201810756991 | CN109257821 A | CHINA |
| 4 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.213 | | | KT CORP [KR] | KR20180057278 | KR20190013452 A | Method for frequency hopping to transmit and receive uplink channel and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816027937 | US2019020454 A1 | UNITED STATES |
| | | TS 38.214 | | | | | | | | CN201810801096 | CN109309558 A | CHINA |
| 5 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.212 | | | KT CORP [KR] | KR20180068747 | KR20190017640 A | DMRS Method for multiplexing DMRS and data in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816048210 | US2019036665 A1 | UNITED STATES |
| | | | | | | | | | | CN201810869752 | CN109391458 A | CHINA |
| 6 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.214 | | | KT CORP [KR] | KR20180077435 | KR20190031125 A | DMRS Method for controlling transmit power of DMRS in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816058140 | US10454643 B2 | UNITED STATES |
| | | | | | | | | | | CN20181185562 | CN109511162 A | CHINA |
| 7 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.213 | | | KT CORP [KR] | KR20180056950 | KR20190031119 A | Method for transmitting and receiving transport block based on code block group and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816131686 | US2019090199 A1 | UNITED STATES |
| | | | | | | | | | | CN20181118440 | CN109510691 A | CHINA |
| 8 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20180071730 | KR20190038277 A | TRS Method for transmitting Tracking Reference Signal in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816128748 | US2019089494 A1 | UNITED STATES |
| | | TS 38.214 | | | | | | | | CN201811138879 | CN109586880 A | CHINA |
| 9 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.212 | | | KT CORP [KR] | KR20180077270 | KR20190038279 A | Apparatus and method of PUCCH resource allocation for new radio | KOREA (REPUBLIC OF) | US201816146920 | US2019104005 A1 | UNITED STATES |
| | | TS 38.213 | | | | | | | | CN201811148762 | CN109586883 A | CHINA |
| 10 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 138 331 | | 15.2.0 | KT CORP [KR] | KR20180092635 | KR20190038300 A | Method for switching bandwidth part in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816147530 | US2019104517 A1 | UNITED STATES |
| | | TS 38.212 | | | | | | | | CN201811147708 | CN109586881 A | CHINA |
| | | TS 38.213 | | | | | | | | KR20180084727 | KR20190038291 A | KOREA (REPUBLIC OF) |
| | | TS 38.331 | | 15.2.0 | | | | | | US201816147638 | US2019104543 A1 | UNITED STATES |
| 11 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.212 | | | KT CORP [KR] | KR20180096773 | KR20190038991 A | HARQ ACK/NACK Apparatus and method of transmitting and receiving HARQ ACK/NACK feedback information for new radio | KOREA (REPUBLIC OF) | CN201811168010 | CN109600212 A | CHINA |
| | | TS 38.213 | | | | | | | | KR20180022186 | KR20190038983 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | | US201816149344 | US2019103947 A1 | UNITED STATES |



| # | Standard | TS | | Version | Applicant | Application No. | Publication No. | Title | Country | Application No. | Publication No. | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.214 | | | KT CORP [KR] | KR20180132306 | KR20190085838 A | Methods for data modulation and coding for new radio and Appratuses thereof | KOREA (REPUBLIC OF) | CN20191011509 | CN110034906 A | CHINA |
| | | | | | | | | | | EP20190150559 | EP3512138 A1 | European Patent Office |
| | | | | | | | | | | KR20180058965 | KR20190085820 A | KOREA (REPUBLIC OF) |
| | | | | | | | | | | US201916241086 | US2019215095 A1 | UNITED STATES |
| 13 | 3GPP-Release-15 | TS 136 300 | | 15.2.0 | KT CORP [KR] | KR20180107317 | KR20190060657 A | LTE sTTI Method for multi sTTI based scheduling for transmitting and receiving data channel in LTE and Apparatuses thereof | KOREA (REPUBLIC OF) | CN201811404747 | CN109842952 A | CHINA |
| | | TS 136 212 | | 15.2.1 | | | | | | US201816197487 | US2019165895 A1 | UNITED STATES |
| | | TS 136 213 | | 15.2.0 | | | | | | | | |
| | | TS 36.213 | | 15.2.0 | | | | | | | | |
| | | TS 36.300 | | 15.2.0 | | | | | | | | |
| | | TS 36.212 | | 15.2.1 | | | | | | | | |
| 14 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 124 501 | | 15.0.0 | KT CORP [KR] | KR20180096477 | KR20190028282 A | Methods for controlling access control in next generation wireless network AND Apparatuses thereof | KOREA (REPUBLIC OF) | US201816125863 | US2019082376 A1 | UNITED STATES |
| | | TS 138 331 | | 15.3.0 | | | | | | | | |
| | | TS 24.501 | | 15.0.0 | | | | | | | | |
| | | TS 38.331 | | 15.3.0 | | | | | | | | |
| 15 | 3GPP-Release-15 | TS 136 331 | | 15.3.0 | KT CORP [KR] | KR20180056942 | KR20190012096 A | RRC IDLE Methods for controlling measurement process in RRC IDLE mode and Apparatuses thereof | KOREA (REPUBLIC OF) | CN201810789449 | CN109309969 A | CHINA |
| | | TS 36.331 | | 15.3.0 | | | | | | US201816040924 | US2019037425 A1 | UNITED STATES |
| 16 | 3GPP-Release-15 | TS 136 321 | | 15.2.0 | KT CORP [KR] | KR20180124177 | KR20190076834 A | Methods for controlling SCell state and Apparatuses thereof | KOREA (REPUBLIC OF) | CN201811522932 | CN109963296 A | CHINA |
| | | TS 136 331 | | 15.3.0 | | | | | | US201816227392 | US2019200413 A1 | UNITED STATES |
| | | TS 36.321 | | 15.2.0 | | | | | | | | |
| | | TS 36.331 | | 15.3.0 | | | | | | | | |
| 17 | 3GPP-Release-15 | TS 136 321 | | 15.2.0 | KT CORP [KR] | KR20180145158 | KR20190083612 A | Methods for controlling SCell state and Apparatuses thereof | KOREA (REPUBLIC OF) | CN201811632751 | CN110012499 A | CHINA |
| | | TS 136 331 | | 15.3.0 | | | | | | US201816236640 | US2019208429 A1 | UNITED STATES |
| | | TS 136 213 | | 15.2.0 | | | | | | | | |
| | | TS 36.213 | | 15.2.0 | | | | | | | | |
| | | TS 36.321 | | 15.2.0 | | | | | | | | |
| | | TS 36.331 | | 15.3.0 | | | | | | | | |
| 18 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 138 463 | | 15.0.0 | KT CORP [KR] | KR20180088414 | KR20190022322 A | Methods for controlling mobility of UE and Apparatuses thereof | KOREA (REPUBLIC OF) | US201816112619 | US2019069333 A1 | UNITED STATES |
| | | TS 38.401 | | | | | | | | | | |
| | | TS 38.463 | | 15.0.0 | | | | | | | | |
| 19 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 138 425 | | 15.2.0 | KT CORP [KR] | KR20180091232 | KR20190088861 A | NR LTE Methods for controlling data transfer using interworking interface between NR and LTE RAN systems And Apparatuses thereof | KOREA (REPUBLIC OF) | US201816190355 | US2019229864 A1 | UNITED STATES |
| | | TS 38.425 | | 15.2.0 | | | | | | | | |
| 20 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 137 340 | | 15.3.0 | ???? ??? | KR20190020835 | KR20190116906 A | Methods for controlling data volume of secondary gNB and Apparatus thereof | KOREA (REPUBLIC OF) | US201916373808 | US2019312980 A1 | UNITED STATES |
| | | TS 37.340 | | 15.3.0 | | | | | | | | |
| 21 | 3GPP-Release-16 | TS 38.211 | | | KT CORP [KR] | KR20190015479 | KR20190098708 A | Method for Transmitting Uplink data and Apparatus thereof | KOREA (REPUBLIC OF) | WO2019KR01770 | WO2019160332 A1 | Patent Cooperation Treaty |
| | | TS 38.212 | | | | | | | | | | |
| | | TS 38.213 | | | | | | | | | | |
| 22 | 3GPP-Release-16 | TS 38.211 | | | ???? ??? | KR20190035586 | KR20190114848 A | Method for Transmitting Uplink data channel and Apparatus thereof | KOREA (REPUBLIC OF) | WO2019KR03707 | WO2019190264 A1 | Patent Cooperation Treaty |
| | | TS 38.212 | | | | | | | | | | |
| | | TS 38.213 | | | | | | | | | | |



Page 4 (version 15)

IPR Declaration reference: ISLD-201911-001

| 23 | 3GPP-Release-16 | TS 38.211<br>TS 38.212<br>TS 38.213 | | | ???? ??? | KR20190036129 | KR20190114871 A | Methods for controlling uplink data channel trasmission power and Apparatus thereof | KOREA (REPUBLIC OF) | WO2019KR03709 | WO2019190265 A1 | Patent Cooperation Treaty |
| 24 | 3GPP-Release-16 | TS 38.331 | | | KT CORP [KR] | KR20190009663 | KR20190098692 A | RRC Method for processing a RRC message of relay node and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2019KR01614 | WO2019160280 A1 | Patent Cooperation Treaty |
| 25 | 3GPP-Release-16 | TS 38.331 | | | KT CORP [KR] | KR20190009666 | KR20190098693 A | Methods for processing Uplink user data of relay node and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2019KR01616 | WO2019160282 A1 | Patent Cooperation Treaty |
| 26 | 3GPP-Release-16 | TS 38.331 | | | KT CORP [KR] | KR20180043161 | KR20180118047 A | Methods for performing terminal-based handover and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2018KR04383 | WO2018194326 A1 | Patent Cooperation Treaty |
| 27 | 3GPP-Release-11 | TS 36.211<br>TS 36.212<br>TS 36.213 | | | KT CORPORATION, ???? ??? | KR20110071096 | KR101680212 B1 | CHANNEL STATUS INFORMATION TRANSMITTING METHOD OF USER EQUIPMENT, USER EQUIPMENT THEREOF, CHANNEL STATUS INFORMATION RECEIVING METHOD OF TRANSMISSION POINT, AND TRANSMISSION POINT THEREOF | KOREA (REPUBLIC OF) | US201214123188 | US9241283 B2 | UNITED STATES |
| | | | | | | | | | | WO2012KR05673 | WO2013012235 A3 | Patent Cooperation Treaty |
| 28 | 3GPP-Release-11, COMP_LTE | TS 136 211<br>TS 36.211 | | 11.0.0<br>11.0.0 | KT CORPORATION, ???? ??? | KR20120103523 | KR101619105 B1 | METHOD FOR TRANSMITTING UPLINK DEMODULATION REFERENCE SIGNAL, TERMINAL THEREOF, METHOD FOR PROCESSING UPLINK DEMODULATION REFERENCE SIGNAL AND TRANSMISSION/RECEPTION POINT THEREOF | KOREA (REPUBLIC OF) | WO2013KR03793 | WO2013176414 A1 | Patent Cooperation Treaty |
| 29 | 3GPP-Release-11, COMP_LTE | TS 136 211<br>TS 36.211 | | 11.0.0<br>11.0.0 | KT CORPORATION, ???? ??? | KR20120141245 | KR101647868 B1 | METHOD FOR TRANSMITTING UPLINK PHYSICAL CHANNEL AND SOUNDING REFERENCE SIGNAL IN UPLINK RELATED UPLINK PHYSICAL CHANNEL AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | US201314406779 | US9756616 B2 | UNITED STATES |
| | | | | | | | | | | WO2013KR04013 | WO2013187603 A1 | Patent Cooperation Treaty |
| 30 | 3GPP-Release-11, COMP_LTE | TS 136 211<br>TS 136 212<br>TS 136 213<br>TS 36.211<br>TS 36.212<br>TS 36.213 | | 11.0.0<br>11.0.0<br>11.0.0<br>11.0.0<br>11.0.0<br>11.0.0 | KT CORPORATION, ???? ??? | KR20120145631 | KR101669701 B1 | METHOD FOR PROVIDING INFORMATION MAPPING OF PHYSICAL UPLINK SHARED CHANNEL, TRANSMISSION/RECEPTION POINT THEREOF, METHOD FOR TRANSITTING PHYSICAL UPLINK SHARED CHANNEL AND TERMINAL THEREOF | KOREA (REPUBLIC OF) | US201314407984 | US9490942 B2 | UNITED STATES |
| | | | | | | | | | | WO2013KR04233 | WO2014003313 A1 | Patent Cooperation Treaty |
| 31 | 3GPP-Release-11, COMP_LTE | TS 136 211<br>TS 136 212<br>TS 136 213<br>TS 36.211<br>TS 36.212<br>TS 36.213 | | 11.0.0<br>11.0.0<br>11.0.0<br>11.0.0<br>11.0.0<br>11.0.0 | KT CORPORATION, ???? ??? | KR20130056971 | KR101669710 B1 | METHODS OF CONTROLLING TRANSMISSION OF UPLINK AND APPARATUSES THEREOF IN MOBILE COMMUNICATION NETWORKS | KOREA (REPUBLIC OF) | US201314410194 | US9615289 B2 | UNITED STATES |
| | | | | | | | | | | WO2013KR05885 | WO2014007531 A1 | Patent Cooperation Treaty |



Page 5 (version 15)

IPR Declaration reference: ISLD-201911-001

| 32 | 3GPP-Release-11, COMP_LTE | TS 136 211 | | 11.0.0 | KT CORPORATION, ???? ??? | KR20130068121 | KR101589911 B1 | METHODS AND APPARATUSES FOR POWER CONTROL OF RANDOM ACCESS | KOREA (REPUBLIC OF) | US201314419270 | US9544111 B2 | UNITED STATES |
| | | TS 136 212 | | 11.0.0 | | | | | | WO2013KR06740 | WO2014021589 A1 | Patent Cooperation Treaty |
| | | TS 136 213 | | 11.0.0 | | | | | | | | |
| | | TS 36.211 | | 11.0.0 | | | | | | | | |
| | | TS 36.212 | | 11.0.0 | | | | | | | | |
| | | TS 36.213 | | 11.0.0 | | | | | | | | |
| 33 | 3GPP-Release-11, COMP_LTE | TS 136 211 | | 11.0.0 | KT CORPORATION, ???? ??? | KR20130089752 | KR101619400 B1 | METHODS AND APPARATUSES FOR CONTROLLING TRANSMISSION OF UPLINK CHANNEL AND SIGNALS | KOREA (REPUBLIC OF) | US201314421562 | US2015223231 A1 | UNITED STATES |
| | | TS 136 212 | | 11.0.0 | | | | | | WO2013KR07218 | WO2014027804 A1 | Patent Cooperation Treaty |
| | | TS 136 213 | | 11.0.0 | | | | | | | | |
| | | TS 36.211 | | 11.0.0 | | | | | | | | |
| | | TS 36.212 | | 11.0.0 | | | | | | | | |
| | | TS 36.213 | | 11.0.0 | | | | | | | | |
| 34 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20160087298 | KR20170093675 A | METHODS FOR TRANSMITTING AND RECEIVING SIGNALS IN mmWAVE COMMUNICATION SYSTEMS WITH MASSIVE ANTENNA ARRAYS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | US201716075591 | US2019044584 A1 | UNITED STATES |
| | | TS 38.212 | | | | | | | | WO2017KR00507 | WO2017135593 A1 | Patent Cooperation Treaty |
| | | TS 38.213 | | | | | | | | | | |
| 35 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20160087313 | KR20170091489 A | HARQ METHODS FOR CONTROLLING DOWNLINK HARQ IN WIRELESS COMMUNICATION SYSTEMS AND APPARATUS THEREOF | KOREA (REPUBLIC OF) | US201716073769 | US2019036654 A1 | UNITED STATES |
| | | TS 38.212 | | | | | | | | WO2017KR00508 | WO2017131374 A1 | Patent Cooperation Treaty |
| | | TS 38.213 | | | | | | | | | | |
| 36 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20170014774 | KR20170093720 A | METHODS OF DOWNLINK SYNCHRONIZATION SIGNAL TRANSMISSION FOR NEW FRAME STRUCTURE AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| | | TS 38.212 | | | | | | | | | | |
| | | TS 38.213 | | | | | | | | | | |
| 37 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20160087324 | KR20170101752 A | METHODS FOR TRANSMITTING AND RECEIVING REFERENCE SIGNALS AND FEEDBACKS IN mmWAVE COMMUNICATION SYSTEMS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | US201716075591 | US2019044584 A1 | UNITED STATES |
| | | TS 38.212 | | | | | | | | WO2017KR00507 | WO2017135593 A1 | Patent Cooperation Treaty |
| | | TS 38.213 | | | | | | | | | | |
| 38 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20160087320 | KR20170101751 A | METHODS FOR TRACKING AND CONTROLLING BEAMS IN WIRELESS COMMUNICATION SYSTEMS USING mmWAVE FREQUENCY BANDS AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | | | |
| | | TS 38.212 | | | | | | | | | | |
| | | TS 38.213 | | | | | | | | | | |
| 39 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20170142190 | KR20180048371 A | Method for transmitting and receiving data channel for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2017KR12118 | WO2018080274 A1 | Patent Cooperation Treaty |
| | | TS 38.212 | | | | | | | | | | |
| | | TS 38.213 | | | | | | | | | | |
| 40 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 | | | KT CORP [KR] | KR20180060204 | KR20180131427 A | DMRS Method for allocating and multiplexing DMRS port in new radio and Appratuses thereof | KOREA (REPUBLIC OF) | WO2018KR06159 | WO2018221960 A1 | Patent Cooperation Treaty |
| | | TS 38.212 | | | | | | | | | | |
| | | TS 38.213 | | | | | | | | | | |



| # | Standard | TS | Version | Declarant | Application No. | Publication No. | Title | Country | PCT App No. | Publication No. 2 | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 TS 38.212 TS 38.213 | | KT CORP [KR] | KR20180079412 | KR20190008113 A | Method for transmitting transmission block for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2018KR07837 | WO2019013540 A1 | Patent Cooperation Treaty |
| 42 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 TS 38.212 TS 38.213 | | KT CORP [KR] | KR20180088382 | KR20190013636 A | DMRS Method for configuring additional DMRS in new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |
| 43 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 TS 38.212 TS 38.213 | | KT CORP [KR] | KR20180170113 | KR20190080783 A | Method for transmitting and receiving control information for new radio and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2018KR16811 | WO2019132559 A1 | Patent Cooperation Treaty |
| 44 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.211 TS 38.212 TS 38.213 | | KT CORP [KR] | KR20170106004 | KR20180113138 A | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING DATA BASED ON MULTIPLE BEAM | KOREA (REPUBLIC OF) | | | |
| 45 | 3GPP-Release-15 | TS 36.211 TS 36.212 TS 36.213 | 15.1.0 15.1.0 15.1.0 | KT CORP [KR] | KR20160032626 | KR20170109153 A | Short TTI PUCCH Apparatus and method of PUCCH configuration based on short TTI frame structure | KOREA (REPUBLIC OF) | | | |
| 46 | 3GPP-Release-15 | TS 36.211 TS 36.212 TS 36.213 | 15.1.0 15.1.0 15.1.0 | KT CORP [KR] | KR20170079516 | KR20180004392 A | METHODS FOR CONFIGURING PUCCH IN A SHORT TTI FRAME STRUCTURE AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2017KR06843 | WO2018004256 A1 | Patent Cooperation Treaty |
| 47 | 3GPP-Release-15 | TS 36.211 TS 36.212 TS 36.213 | 15.1.0 15.1.0 15.1.0 | KT CORP [KR] | KR20170147747 | KR20180053236 A | Methods for transmitting channel quality indication information in a short TTI frame structure and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2017KR12745 | WO2018088848 A1 | Patent Cooperation Treaty |
| 48 | 3GPP-Release-12 | TS 36.331 | | KT CORP [KR] | KR20150034719 | KR20150114890 A | METHODS FOR CONTROLLING THE SECONDARY CELL OPERATION OF A MOBILE STATION AND APPARATUSES THEREOF | KOREA (REPUBLIC OF) | WO2015KR02852 | WO2015152554 A1 | Patent Cooperation Treaty |
| 49 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 138 300 TS 138 331 TS 38.300 TS 38.331 | 15.2.0 15.3.0 15.2.0 15.3.0 | ???? ??? | KR20170116319 | KR102022846 B1 | Methods for controlling the UE connection status and Apparatuses thereof | KOREA (REPUBLIC OF) | US201715716595 | US10440691 B2 | UNITED STATES |
| 50 | 3GPP-Release-16 | TS 38.331 | | KT CORP [KR] | KR20180079460 | KR20190008114 A | Methods for controlling a carrier aggregation for next generation wireless network and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2018KR07844 | WO2019013543 A1 | Patent Cooperation Treaty |
| 51 | 3GPP-Release-16 | TS 38.331 | | KT CORP [KR] | KR20180111250 | KR20190034094 A | Methods for processing data of relay node and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2018KR11055 | WO2019059638 A1 | Patent Cooperation Treaty |
| 52 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.331 | | KT CORP [KR] | KR20170118911 | KR20180033443 A | Methods for changing a connection of a UE and Apparatuses thereof | KOREA (REPUBLIC OF) | WO2017KR10406 | WO2018056718 A1 | Patent Cooperation Treaty |
| 53 | 3GPP NR Release 15, 3GPP Release-15 NR | TS 38.300 | 15.0.0 | KT CORP [KR] | KR20170127416 | KR20180039567 A | Methods for providing network service using network slicing and Apparatuses thereof | KOREA (REPUBLIC OF) | | | |

* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).



Page 7 (version 15)
IPR Declaration reference: ISLD-201911-001

Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:
ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16