AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Pegasus Wireless Innovation LLC, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-00640-JRG |
| Verizon Communications Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-party Defendant KT Corporation.

Date: 01/14/2025

/s/ Daniel J. Shih
*Attorney's signature*

Daniel J. Shih
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101

*Address*

dshih@susmangodfrey.com
*E-mail address*

(206) 516-3880
*Telephone number*

(206) 516-3883
*FAX number*