AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Pegasus Wireless Innovation LLC, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-00640-JRG |
| Verizon Communications Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-party Defendant KT Corporation.

Date: 01/16/2025

/s/ Michael Steelman
*Attorney's signature*

Michael Steelman
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

*Address*

msteelman@susmangodfrey.com
*E-mail address*

(713) 653-7879
*Telephone number*

(713) 651-9366
*FAX number*