AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Pegasus Wireless Innovation LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00640-JRG |
| Verizon Communications Inc. et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-party Defendant KT Corporation.

Date:   01/16/2025

/s/ Jordan Rux
*Attorney's signature*

Jordan Rux
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067

*Address*

jrux@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*