**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PEGASUS WIRELESS INNOVATION LLC, | |
| *Plaintiff*, | |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS *et al.*, | Case No. 2:23-cv-00640-JRG (Lead Case) |
| *Defendants*, | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | |
| *Intervenors*, | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | |
| *Counterclaim-Plaintiff*, | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | |
| *Intervenors*, | Case No. 2:23-cv-00640-JRG (Lead Case) |
| v. | |
| PEGASUS WIRELESS INNOVATION LLC, | |
| *Counterclaim-Defendant,* | |
| KT CORPORATION, | |
| *Third-Party Defendant*, | |
| PEGASUS WIRELESS INNOVATION LLC, | |
| *Plaintiff*, | |
| v. | |
| AT&T CORP. *et al.,* | Case No. 2:23-cv-00638-JRG (Member Case) |
| *Defendants*, | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | |
| *Intervenors*, | |

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, | |
| *Counterclaim-Plaintiff,* | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | |
| *Intervenors,* | Case No. 2:23-cv-00638-JRG (Member Case) |
| v. | |
| PEGASUS WIRELESS INNOVATION LLC, | |
| *Counterclaim-Defendant,* | |
| KT CORPORATION, | |
| *Third-Party Defendant,* | |
| PEGASUS WIRELESS INNOVATION LLC, | |
| *Plaintiff,* | |
| v. | |
| T-MOBILE USA, INC. *et al.,* | Case No. 2:23-cv-00639-JRG (Member Case) |
| *Defendants,* | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | |
| *Intervenors,* | |
| T-MOBILE USA, INC., | |
| *Counterclaim-Plaintiff,* | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | |
| *Intervenors,* | Case No. 2:23-cv-00639-JRG (Member Case) |
| v. | |
| PEGASUS WIRELESS INNOVATION LLC, | |
| *Counterclaim-Defendant,* | |
| KT CORPORATION, | |
| *Third-Party Defendant,* | |

## **PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff Pegasus Wireless Innovation LLC hereby moves the Court to amend the Docket Control Order as reflected in the text of the Proposed Fifth Amended Docket Control Order. Specifically, Plaintiff seeks to amend the fact discovery deadline by two additional days and the motion to compel deadline by four additional days so that the parties can complete discovery in this case. The proposal also seeks to extend the deadline for opening and rebuttal expert reports by two additional days each to give the parties additional time to prepare expert reports. The parties have met and conferred, and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., TracFone Wireless, Inc., AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, Cricket Wireless LLC, T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC; and Intervenors Ericsson Inc. and Nokia of America Corp. (collectively, "Defendants and Intervenors"), and Counterclaim Defendant KT Corp. do not oppose this motion. Accordingly, Plaintiff requests the Court enter a Fifth Amended Docket Control order as set forth below:

| DCO Deadlines | Proposed Changes | Event |
|---|---|---|
| May 12, 2025 | May 14, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| April 21, 2025 | April 23, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| April 14, 2025 | April 18, 2025 | Deadline to File Motions to Compel Discovery |
| April 14, 2025 | April 16, 2025 | Deadline to Complete Fact Discovery |

The parties respectfully request that the Court enter their proposed Fifth Amended Docket Control Order.

DATED: April 9, 2025                          Respectfully submitted,

By: /s/ *Jeff Melsheimer*

> Max L. Tribble – Lead Counsel
>     Texas State Bar No. 20213950
>     mtribble@susmangodfrey.com
> Joseph S. Grinstein
>     Texas State Bar No. 24002188
>     jgrinstein@susmangodfrey.com
> Corey M. Lipschutz
>     Texas State Bar No. 24099303
>     clipschutz@susmangodfrey.com
> **SUSMAN GODFREY L.L.P.**
> 1000 Louisiana Street, Suite 5100
> Houston, TX 77002
> Telephone: (713) 651-9366
> Facsimile: (713) 654-6666
>
> Kalpana Srinivasan
>     California State Bar No. 237460
>     ksrinivasan@susmangodfrey.com
> Jordan Rux
>     Texas State Bar No. 24106380
>     jrux@susmangodfrey.com
> **SUSMAN GODFREY L.L.P.**
> 1900 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150
>
> Daniel J. Shih
>     Washington State Bar No. 37999
>     dshih@susmangodfrey.com
> **SUSMAN GODFREY L.L.P.**
> 401 Union Street, Suite 3000
> Seattle, WA 98101
> Telephone: (206) 516-3880
> Facsimile: (206) 516-3883
>
> Y. Gloria Park
>     New York State Bar No. 5477047
>     gpark@susmangodfrey.com
> William J. Melsheimer
>     Texas State Bar No. 24126417
>     jmelsheimer@susmangodfrey.com

**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor New York, NY 10001

Andrea L. Fair
   Texas State Bar No. 24078488
   andrea@wsfirm.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF PEGASUS WIRELESS INNOVATION LLC, AND THIRD-PARTY DEFENDANT KT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jeff Melsheimer*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and KT met and conferred via email with counsel for Defendants and Intervenors, who indicated that they do not oppose the relief request herein.

*/s/ Jeff Melsheimer*