# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PEGASUS WIRELESS INNOVATION LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS *et al.*, <br><br> *Defendants*, <br><br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br><br> *Intervenors*, | § § § § § § § § § § § § § § § § | Case No. 2:23-cv-00640-JRG <br><br> (Lead Case) |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> *Counterclaim-Plaintiff*, <br><br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br><br> *Intervenors*, <br><br> v. <br><br> PEGASUS WIRELESS INNOVATION LLC and KT CORPORATION, <br><br> *Counterclaim-Defendant and Third-Party Defendant*. | § § § § § § § § § § § § § § § § § § | Case No. 2:23-cv-00640-JRG <br><br> (Lead Case) |
| PEGASUS WIRELESS INNOVATION LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T CORP. *et al.*, <br><br> *Defendants*, <br><br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br><br> *Intervenors*, | § § § § § § § § § § § § § § § | Case No. 2:23-cv-00638-JRG <br><br> (Member Case) |

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, <br> *Counterclaim-Plaintiff*, <br>ERICSSON INC. and NOKIA OF AMERICA CORP., <br> *Intervenors*, <br>v. <br>PEGASUS WIRELESS INNOVATION LLC and KT CORPORATION, <br> *Counterclaim-Defendant and Third-Party Defendant.* | § § § § § § § § § § § § § § § <br>Case No. 2:23-cv-00638-JRG <br>(Member Case) |
| PEGASUS WIRELESS INNOVATION LLC, <br> *Plaintiff*, <br>v. <br>T-MOBILE USA, INC. *et al.*, <br> *Defendants*, <br>ERICSSON INC. and NOKIA OF AMERICA CORP., <br> *Intervenors*, | § § § § § § § § § § § § § § § § <br>Case No. 2:23-cv-00639-JRG <br>(Member Case) |
| T-MOBILE USA, INC., <br> *Counterclaim-Plaintiff*, <br>ERICSSON INC. and NOKIA OF AMERICA CORP., <br> *Intervenors*, <br>v. <br>PEGASUS WIRELESS INNOVATION LLC and KT CORPORATION, <br> *Counterclaim-Defendant and Third-Party Defendant.* | § § § § § § § § § § § § § § § § § <br>Case No. 2:23-cv-00639-JRG <br>(Member Case) |

**JOINT MOTION TO DISMISS INFRINGEMENT ALLEGATIONS AND NON-INFRINGEMENT AND INVALIDITY COUNTERCLAIMS WITH RESPECT TO U.S. PATENTS NOS. 10,594,460; 10,638,463; 10,721,118; AND 11,405,942**

Plaintiff and Counterclaim-Defendant Pegasus Wireless Innovations LLC's ("Pegasus"), Third-Party Defendant KT Corporation ("KT"), and Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., and TracFone Wireless, Inc. ("Verizon"), AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC ("AT&T"), and T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC ("T-Mobile") (Verizon, AT&T, and T-Mobile collectively, "Defendants and Counterclaim-Plaintiffs") and Ericsson Inc. ("Ericsson") and Nokia of America Corp. ("Nokia") (Ericsson and Nokia collectively, "Intervenors") respectfully jointly move to dismiss Pegasus's infringement allegations relating to U.S. Patent No. 10,594,460 (the "'460 Patent"), U.S. Patent 10,638,463 (the "'463 Patent"), U.S. Patent No. 10,721,118 (the "'118 Patent") and U.S. Patent No. 11,405,942 (the "'942 Patent") without prejudice; and dismiss Defendants' and Intervenors' Counterclaims Four, Five, Six, and Eight, and Third Affirmative Defense as they relate to the '460, '463, '118, and '942 Patents without prejudice. The parties respectfully request that the Court grant this joint Motion.

DATED: May 12, 2025

Respectfully submitted,
By: */s/ Max L. Tribble*
Max L. Tribble – Lead Counsel
    Texas State Bar No. 20213950
    mtribble@susmangodfrey.com
Joseph S. Grinstein
    Texas State Bar No. 24002188
    jgrinstein@susmangodfrey.com
Corey M. Lipschutz
    Texas State Bar No. 24099303
    clipschutz@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Kalpana Srinivasan
    California State Bar No. 237460
    ksrinivasan@susmangodfrey.com
Jordan Rux
    Texas State Bar No. 24106380
    jrux@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Daniel J. Shih
    Washington State Bar No. 37999
    dshih@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Y. Gloria Park
    New York State Bar No. 5477047
    gpark@susmangodfrey.com
William J. Melsheimer
    Texas State Bar No. 24126417
    jmelsheimer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor

New York, NY 10001
Telephone: (212) 336-8330

Andrea L. Fair
    Texas State Bar No. 24078488
    andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

***Attorneys for Plaintiff Pegasus Wireless Innovation LLC, and Third-Party Defendant KT Corporation***


BY: /s/ *Ross R. Barton*
Ross Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
Matt Turk (NC Bar No. 57361)
Erin Beaton (NC Bar No. 59594)
ross.barton@alston.com
ravi.fernando@alston.com
matthew.turk@alston.com
erin.beaton@alston.com
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
Phone: (704) 444-1000
Fax: (704) 444-1111

John D. Haynes (GA Bar No. 340599)
David S. Frist (GA Bar No. 205611)
Bryan W. Lutz (GA Bar No. 915395)
Siraj Abhyankar (GA Bar No. 484680)
James Atkison (GA Bar No. 310451)
Carter Babaz (GA Bar No. 577033)
john.haynes@alston.com
david.frist@alston.com
shri.abhyankar@alston.com
james.atkison@alston.com
carter.babaz@alston.com
**ALSTON & BIRD LLP**

5

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Theodore Stevenson (TX Bar No. 19196650)
Michael J Newton (TX Bar No. 24003844)
Elliott Riches (TX Bar No. 24125381)
Jason Spotts (TX Bar No. 24125945)
ted.stevenson@alston.com
elliott.riches@alston.com
jason.spotts@alston.com
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., TracFone Wireless, Inc., AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, Cricket Wireless LLC, T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC; and Intervenors Ericsson Inc. and Nokia of America Corp.*

Deron R. Dacus (TX Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., TracFone Wireless, Inc., AT&T Corp., AT&T Services, Inc.,*

*AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC*

Melissa R. Smith
Harry Lee Gillam, Jr.
State Bar No. 24001351
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com
gil@gillamsmithlaw.com

*Counsel for Defendants T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC*

Thomas William Ritchie (IL Bar 6301954)
**JONES DAY**
110 North Wacker Drive
Suit 4800
Chicago, IL 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
twritchie@jonesday.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., and TracFone Wireless, Inc., T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC*

Michael C. Hendershot (CA Bar 211830)
Evan Matthew McLean (CA Bar 280660)
**JONES DAY**
1755 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 739-3939
Fax: (650) 739-3900
mhendershot@jonesday.com

Edwin Garcia (TX Bar 24097726)
**JONES DAY**

51 Louisiana Ave, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
edwin.garcia@jonesday.com

Stephanie M Mishaga (CA Bar 326058)
**JONES DAY**
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Tel: (858) 314-1200
Fax: (844) 345-3178
stephanie.mishaga@jonesday.com

Tracy Ann Stitt (OH Bar 0079949)
**JONES DAY**
901 Lakeside Ave
Cleveland, OH 44114
Tel: (216) 586-3939
Fax: (216) 579-0212
tastitt@jonesday.com

*Attorney for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., and TracFone Wireless, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on May 12, 2025.

/s/ *Ross R. Barton*
Ross R. Barton

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., TracFone Wireless, Inc., AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, Cricket Wireless LLC, T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC; and Intervenors Ericsson Inc. and Nokia of America Corp.*